UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff, | ) | 1:18-cr-10364-DPW-1 |
| v. | ) | |
| | ) | |
| Jasiel F. Correia, II | ) | |
| Defendant | ) | |
| | ) | |

ORDER OF RECUSAL

**Kelley, M.J.**

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

/s/ M. Page Kelley
M. Page Kelley
United States Magistrate Judge

Date:  December 6, 2018