UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18-10364-DPW |
| v. ) | |
| ) | |
| JASIEL F. CORREIA, II, ) | |
| ) | |
| Defendant ) | |

## JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 116.5(b)

The United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, through undersigned counsel, hereby file this Joint Memorandum Pursuant to Local Rule 116.5(b) as follows:

1. The government produced approximately 18,256 pages of automatic discovery on November 7, 2018. There are no pending discovery requests.

2. The government does not presently anticipate making another substantial discovery production prior to 21 days in advance whatever trial date is set.

3. Defendant does not yet know whether he will be making discovery requests.

4. As the Court is aware, a protective order has been entered. *See* ECF Dkt. No. 27.

5. Defendant has not yet completed his review of the voluminous discovery in this case to determine whether he will file motions under Fed. R. Crim. P. 12(b).

6. The parties jointly request that any expert witness disclosures be made 60 days in advance of whatever trial date is set.

7. Defendant has not given notice that he intends to offer a defense of insanity, public authority, or alibi, but reserves the right to do so at a later date.

8. The Court has excluded time from arraignment, October 11, 2018, through and including February 13, 2019. *See* ECF Dkt. Nos. 13, 29. The parties jointly request that the Court enter an order of excludable delay from February 13, 2019, until the date on which the Court schedules the next interim status conference, to allow defendant additional time to review the voluminous discovery.

9. The parties have not had any plea discussions. If this case were to go to trial, the government expects that the trial would last approximately two to three weeks.

10. The parties agree that, in light of the information contained herein, an interim status conference on February 13, 2019 is not necessary. The parties jointly request that the Court cancel the conference scheduled for February 13, 2019, and schedule a further interim status conference during the week of April 22, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JASIEL F. CORREIA II,<br>Defendant | ANDREW E. LELLING<br>United States Attorney |
| */s/ Kevin Reddington, Esq.*<br>Kevin Reddington, Esq. | */s/ Zachary R. Hafer*<br>Zachary R. Hafer<br>Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

Date:   February 6, 2019