UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | Criminal No. 18-10364-DPW |
| v.                          ) | |
| ) | |
| JASIEL F. CORREIA, II,      ) | |
| ) | |
| Defendant           ) | |

JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 116.5(b)

The United States of America, by and through the undersigned Assistant United States Attorneys, and the defendant, through undersigned counsel, hereby file this Joint Memorandum Pursuant to Local Rule 116.5(b) as follows:

1. The government produced approximately 18,256 pages of automatic discovery on November 7, 2018. There are no pending discovery requests.

2. The government does not presently anticipate making another substantial discovery production prior to 21 days in advance whatever trial date is set.

3. Defendant has not yet made any additional discovery requests.

4. As the Court is aware, a protective order has been entered. *See* ECF Dkt. No. 27.

5. Defendant will file any motions under Fed. R. Crim. P. 12(b) by June 3, 2019.

6. The parties jointly request that any expert witness disclosures be made 60 days in advance of whatever trial date is set.

7. Defendant has not given notice that he intends to offer a defense of insanity, public authority, or alibi, but reserves the right to do so at a later date.

8. The Court has excluded time from arraignment, October 11, 2018, through and including April 23, 2019. *See* ECF Dkt. Nos. 13, 29, and 32. The parties jointly request that the Court enter an order of excludable delay from April 23, 2019, until the date on which the Court schedules the final status conference, to allow defendant additional time to review the voluminous discovery and prepare any motions under Fed. R. Crim. P. 12(b).

9. The parties have not had any plea discussions. If this case were to go to trial, the government expects that the trial would last approximately two to three weeks.

10. The parties agree that, in light of the information contained herein, an interim status conference on April 23, 2019 is not necessary. The parties jointly request that the Court cancel the conference scheduled for April 23, 2019, and schedule a <u>final status conference</u> during the week of June 3, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JASIEL F. CORREIA II,<br>Defendant | ANDREW E. LELLING<br>United States Attorney |
| */s/ Kevin Reddington, Esq.*<br>Kevin Reddington, Esq. | */s/ Zachary R. Hafer*<br>Zachary R. Hafer<br>David G. Tobin<br>Assistant U.S. Attorneys |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                                           */s/ Zachary R. Hafer*
                                                         Zachary R. Hafer
                                                         Assistant U.S. Attorney

Date:   April 11, 2019