UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.  18-10364-DPW |
| v. | ) | |
| | ) | |
| JASIEL F. CORREIA, II, | ) | |
| | ) | |
| Defendant | ) | |

JOINT FINAL STATUS REPORT PURSUANT TO LOCAL RULE 116.5(c)

The United States of America, by and through the undersigned Assistant United States Attorneys, and the defendant, through undersigned counsel, hereby file this Joint Memorandum Pursuant to Local Rule 116.5(c) as follows:

1.     Defendant does not request transfer to a district judge for a Rule 11 hearing.

2.     The parties, alternatively, move for a pretrial conference before the district judge in order to resolve pretrial motions and schedule a trial date.  Because defendant's substantive motions are due on July 15, 2019, *see* ECF Dkt. No. 40, the parties jointly request a pretrial conference in district court on a date after July 15, 2019, when the parties will have a better sense of how much pretrial litigation remains.

   A.   The government has produced all discovery required to date by the Local Rules, Fed. R. Crim. P. 16, and its constitutional obligations.   The government expects to produce Jencks Act materials on an appropriate date prior to whatever trial date is set by the district court.  Defendant has not produced any reciprocal discovery.

   B.   There have been no discovery requests beyond the approximately 18,256 pages of automatic discovery produced by the government on November 7, 2018.  No discovery motions were filed.  See ECF Dkt. No. 37 (discovery motions due by close of business on April 29, 2019).

   C.   The government is unaware of what Fed. R. Crim. P. 12(b) motions defendant will file on or before July 15, 2019.  Pursuant to Local Rule 7.1(b)(2), the government expects to request at least two weeks to respond to any substantive motions.

   D.   The parties respectfully request that the Court exclude time between June 4, 2019 (time under the Speedy Trial Act is currently excluded through June 3, 2019; *see* ECF Dkt. No. 38) and the date on which the district court sets

1

the first pretrial conference.  In the alternative, the parties respectfully request that the Court exclude time between June 4, 2019 and July 15, 2019, when defendant's substantive motions are due.  The parties agree that there are presently 70 non-excludable days remaining and, other than this Court's April 15, 2019 Order, ECF Dkt. No. 38, no matter is currently tolling the running of the time period under the Speedy Trial Act.

3.    Given the above, the parties respectfully request that this Court cancel the final status conference scheduled for June 3, 2019 and issue an order transferring the case to the district judge.

Respectfully submitted,

JASIEL F. CORREIA II,                            ANDREW E. LELLING
Defendant                                        United States Attorney

*/s/ Kevin Reddington, Esq.*                     */s/ Zachary R. Hafer*
Kevin Reddington, Esq.                           Zachary R. Hafer
                                                 David G. Tobin
                                                 Assistant U.S. Attorneys


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

Date:   May 29, 2019