# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASIEL F. CORREIA, II,<br><br>Defendant. | Criminal No. 18-cr-10364-DPW |

### REPORT IN LIEU OF FINAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(c)

Cabell, U.S.M.J.

On May 29, 2019, the parties requested that the case be reported to the District Judge for a pretrial conference, which the court has set for June 25, 2019. Accordingly, no further status conferences are necessary before me and I report as follows:

**Local Rule 116.5(c)(1) – Whether the Defendant Requests a Rule 11 Hearing**

The defendant does not request a Rule 11 hearing.

**Local Rule 116.5(c)(2)(A) – Status of Discovery**

Discovery is complete; no discovery motions have been filed and none are anticipated.

**Local Rule 116.5(c)(2)(C): Whether all Motions under Rule 12(b) Have Been Filed**

The deadline for filing Rule 12(b) motions is **July 15, 2019**.

**Local Rule 116.5(c)(2)(D) – The Status of Excludable Time**

The court has entered orders excluding the time from the defendant's October 11, 2018 initial appearance through June 25, 2019, the date set for the pretrial conference. Accordingly, 70

non-excludable days will remain under the STA when and if the pretrial conference is held as scheduled.

**Local Rule 116.5(c)(2)(E) and (c)(3): Estimate of Trial and Miscellaneous Matters**

The parties estimate a trial would last no more than two weeks. There are no other matters specific to the case that would assist the District Judge upon transfer.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: May 31, 2019