

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18-10364-DPW |
| v. | Violations: |
| JASIEL F. CORREIA, II, | Counts One – Nine: Wire Fraud (18 U.S.C. § 1343) |
| Defendant | Counts Ten – Thirteen: False Tax Returns (26 U.S.C. § 7206 (1)) |
| | Counts Fourteen, Sixteen, Eighteen, Twenty, and Twenty-Two: Extortion Conspiracy (18 U.S.C. § 1951) |
| | Counts Fifteen, Seventeen, Nineteen, Twenty-One, and Twenty-Three: Extortion; Aiding and Abetting (18 U.S.C. §§ 1951 and 2) |
| | Count Twenty-Four: Bribery (18 U.S.C. § 666(a)(1)(B)) |
| | Forfeiture Allegation: (18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c)) |

GOVERNMENT'S MOTION TO SEAL FIRST SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the First Superseding Indictment and related papers be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

*[Handwritten: ALLOWED / [signature], USMJ / 9/5/2019]*

                                  By:    */s/ Zachary R. Hafer*
                                              Zachary R. Hafer
                                              David G. Tobin
                                              Assistant U.S. Attorneys

                                              Date:  September 5, 2019