

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*                         *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 13, 2019

BY ECF
Honorable Donald L. Cabell
U.S. Magistrate Judge

    Re:    United States v. Correia
            Criminal No. 18-10364-DPW

Dear Judge Cabell:

    At the conclusion of today's hearing, the Court issued the following notes, in relevant part:

> [A] dispute [] developed about 6 or so of the individuals that the gov't listed as people the def't needed to stay away from as part of the conditions of release. The court has a private session with counsel and afterward indicates in open court that the dispute is resolved.

    Subsequent to the hearing, the media publicly reported that lawyers for the government and defense agreed to remove names from Correia's no-contact list.

    By this letter, the government and defense counsel publicly confirm that there was no agreement to remove any names from the no-contact list and, in fact, no names were removed from the list.

                                      Very truly yours,

                                      ANDREW E. LELLING
                                      United States Attorney

                By:    */s/ Zachary R. Hafer*
                       Zachary R. Hafer
                       David G. Tobin
                       Assistant U.S. Attorneys