# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Criminal No.**
**18-CR-10364-DPW**

### UNITED STATES OF AMERICA

### VS.

### JASIEL F. CORREIA, II

### DEFENDANT, JASIEL F. CORREIA, II'S ENTRY OF A PLEA OF NOT GUILTY AND WAIVER OF APPEARANCE FOR ARRAIGNMENT AS TO THE SECOND SUPERSEDING INDICTMENT

I, Jasiel F. Correia, II, hereby acknowledge that I have received a copy of the second superseding indictment in this case. I understand that I have the right to appear personally at my arraignment pursuant to Rule 43 of the Fed. R. Crim. P. and that I have the right to have the indictment read to me in open court as well.

I have talked about the charges in the indictment with my attorney and I understand the nature of the offenses that I am charged with and I also understand my right to be at an arraignment. I have chosen to waive my appearance for arraignment and request that my plea of NOT GUILTY be entered on my behalf under Fed. R. Crim. P. 10(b).

_____
Jasiel F. Correia, II

**CERTIFICATE OF SERVICE**

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Jasiel F. Correia, II, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 26, 2019.

DEFENDANT, JASIEL F. CORREIA, II'S ENTRY OF A PLEA OF NOT GUILTY AND WAIVER OF APPEARANCE FOR ARRAIGNMENT AS TO THE SECOND SUPERSEDING INDICTMENT

/s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186