UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———

No. 18-CR-10364-DPW

———

UNITED STATES

v.

JASIEL CORREIA and
GENOVEVA ANDRADE,
Defendants

———

**DEFENDANTS' MOTION TO MODIFY
CONDITIONS OF RELEASE – ASSENTED TO**

The defendants Jasiel Correia and Genoveva Andrade, by their counsel, move the Court for an order modifying their respective conditions of release. Specifically, the defendants requests that condition 7(g) of their respective Orders Setting Conditions of Release (Document 64 for Correia and Document 12 for Andrade) be modified so as to permit them to have contact with each other and with potential witnesses identified by the government, as long as it is in the presence of counsel. This modification is necessary in order for their respective counsel to prepare to defend the case. The government, through Assistant U.S. Attorney Zachary Hafer, assents to this motion.

Respectfully submitted

The defendant Genoveva Andrade
By her counsel

/s/ Charles W. Rankin

_____
Charles W. Rankin
BBO No 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617-720-0011

The defendant Jasiel Correia
By his counsel

/s/ Kevin Reddington

_____
Law Office of Kevin Reddington
1342 Belmont St.
Brockton, MA 02301
508-583-4280

October 18, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 18, 2019.

/s/Charles W. Rankin
Charles W. Rankin