UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18-10364-DPW |
| v. ) | |
| ) | |
| (1) JASIEL F. CORREIA, II, and ) | |
| (2) GENOVEVA ANDRADE, ) | |
| ) | |
| Defendants ) | |

## JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)

The United States of America, by and through the undersigned Assistant United States Attorneys, and the defendants, through undersigned counsel, hereby file this Joint Memorandum Pursuant to Local Rule 116.5(a) as follows:

1. On October 25, 2019, the government produced automatic discovery related to the new charges in the Second Superseding Indictment (Counts 14-26) to both defendants. The automatic discovery related to Counts 14-26 was over 56,000 pages. The October 25, 2019 production also included (for Andrade's counsel only) the automatic discovery in connection with Counts 1-13, which totaled approximately 18,000 additional pages.

2. The government is aware of its ongoing obligation to produce additional discovery. Other than when the time comes to produce Jencks Act material, the government does not currently expect to make additional large discovery productions.

3. Defendants are not yet in a position to know whether they will be making additional discovery requests.

4. All parties jointly agree to abide by the existing protective order in this case, ECF Dkt. No. 27, which states that, "[t]he discovery materials and information contained therein shall be used solely for the purpose of litigating matters in this case and shall not be divulged to any other person." Counsel for defendant Andrade may, however, move to modify the existing protective order.

5. Defendants are not yet in a position to know whether they will file any Fed. R. Crim. P. 12(b) motions.

6. To the extent there are experts, the parties propose that the government make expert disclosures approximately 45 days before the final trial date set by the District Court, and the defendants make expert disclosures approximately 30 days before such date.

7. With respect to defendant Correia, time under the Speedy Trial Act has been excluded time from arraignment on Counts 1-13, October 11, 2018, through and including the current trial date, February 24, 2020.[1] *See* ECF Dkt. No. 50. With respect to defendant Andrade, the parties jointly request that the Court, pursuant to the Speedy Trial Act, enter an order of excludable delay from September 19, 2019, the date on which the grand jury returned the Second Superseding Indictment against Andrade, until the date on which this Court sets an interim status conference, to allow defendant Andrade time to review the voluminous discovery.

8. Subject to the Court's availability, the parties jointly request an interim status conference in approximately 45 days, during the week of December 9, 2019.

|  |  |
|---|---|
| JASIEL F. CORREIA, II<br>Defendant | Respectfully submitted,<br><br>ANDREW E. LELLING<br>United States Attorney |
| By: */s/ Kevin J. Reddington, Esq.*<br>Kevin J. Reddington<br>Counsel for Defendant Correia | By: */s/ Zachary R. Hafer*<br>Zachary R. Hafer<br>David G. Tobin<br>Assistant U.S. Attorneys |
| GENOVEVA ANDRADE<br>Defendant |  |
| */s/ Charles Rankin, Esq.*<br>Charles Rankin<br>Counsel for Defendant Andrade |  |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Zachary R. Hafer*
Zachary R. Hafer
Assistant U.S. Attorney

Date: October 23, 2019

---

[1] Given the volume of new discovery, and defendant Andrade's recent indictment, all parties agree that the February 24, 2020 trial date will have to be continued. At this time, however, the parties are not in a position to propose a new trial date, as defense counsel need to review the discovery to determine when they can reasonably be prepared for trial.