UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  18-10364-DPW |
| v. ) | |
| ) | |
| (1) JASIEL F. CORREIA, II, and ) | |
| (2) GENOVEVA ANDRADE, ) | |
| ) | |
| Defendants ) | |

## JOINT MOTION TO CONTINUE TRIAL DATE

The United States of America, by and through the undersigned Assistant United States Attorneys, and the defendants, through undersigned counsel, hereby jointly move to continue the trial date in this matter to June 1, 2020.  In support of this motion, the parties state as follows:

1. On July 3, 2019, this Court set a trial date of February 24, 2020.  *See* ECF Dkt. No. 52.  At the time this Court set that trial date, defendant Correia was the only defendant in the case, and the Indictment contained only Counts 1-13.

2. On September 19, 2019, the grand jury returned a Second Superseding Indictment.  The Second Superseding Indictment added Counts 14-26, and also added defendant Andrade.  *See* ECF Dkt. No. 69.

3. On October 25, 2019, the government produced automatic discovery related to the new charges in the Second Superseding Indictment (Counts 14-26) to both defendants.  The automatic discovery related to Counts 14-26 was over 56,000 pages.  The October 25, 2019 production also included (for Andrade's counsel only) the automatic discovery in connection with Counts 1-13, which totaled approximately 18,000 additional pages.  *See* Joint 116.5 Memorandum, ECF Dkt. No. 83.

4. Given the addition of Counts 14-26, a second defendant, and the voluminous additional discovery, the parties have conferred extensively regarding a reasonable new trial date.  Pursuant to that conferral, the parties respectfully request that the Court set a firm trial date in this matter of June 1, 2020.

5. The parties expect trial of this matter would take approximately 10 trial days.  The parties do not anticipate asking for any additional trial continuances.

6. If the Court grants this motion, the parties will separately file a joint motion for excludable delay.

Accordingly, for the reasons set forth above, the parties jointly move the Court to continue trial of this matter from February 24, 2020 to June 1, 2020.

                                                Respectfully submitted,

| | | | |
|---|---|---|---|
| JASIEL F. CORREIA, II | | ANDREW E. LELLING | |
| Defendant | | United States Attorney | |
| | | | |
| By: | */s/ Kevin J. Reddington, Esq.* | By: | */s/ Zachary R. Hafer* |
| | Kevin J. Reddington | | Zachary R. Hafer |
| | Counsel for Defendant Correia | | David G. Tobin |
| | | | Assistant U.S. Attorneys |

GENOVEVA ANDRADE
Defendant

*/s/ Charles Rankin, Esq.*
Charles Rankin
Counsel for Defendant Andrade

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                                */s/ Zachary R. Hafer*
                                                Zachary R. Hafer
                                                Assistant U.S. Attorney

Date:  December 5, 2019