UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18-10364-DPW |
| v. ) | |
| ) | |
| (1) JASIEL F. CORREIA, II, and ) | |
| (2) GENOVEVA ANDRADE, ) | |
| ) | |
| Defendants ) | |

## AMENDED PROTECTIVE ORDER

An assented-to motion having been made by the government for an amended protective order in this case, it is hereby ORDERED that:

As to any discovery materials produced by the government to the defendant during the discovery process in this case, defense counsel may question or confront potential witnesses about matters or information contained in the discovery materials produced by the government, and may disclose such materials and their contents to the defendant and to those members of defense counsel's staff who are necessary to assist counsel in this case. The discovery materials and information contained therein shall be used solely for the purpose of litigating matters in this case and shall not be divulged to any other person, except that the government may disclose the interview reports of the individuals identified in the Second Superseding Indictment as MJ Vendor #1, MJ Vendor #2, MJ Vendor #3, MJ Vendor #4, and MJ Vendor #5 (hereinafter, "the protected information") to the Massachusetts Cannabis Control Commission ("CCC") so that the CCC can perform its legitimate regulatory duties.

The CCC understands that it is permitted to use the protected information in the performance of its legitimate regulatory duties. This includes the CCC making public disclosures that, in sum and substance, in its interactions with law enforcement officials, it has not identified

any concerns regarding suitability for licensure. However, to the extent that the CCC believes explicit disclosure of the protected information is necessary, the CCC agrees to seek this Court's permission before disclosing such information.

This Order does not apply to any such materials that are already in the public record.

*/s/ Douglas P. Woodlock*
HON. DOUGLAS P. WOODLOCK
United States District Judge

Dated: February 10, 2010

### Acknowledgment of Protective Order

I, Christine Baily, declare that I have read and understood the attached draft Amended Protective Order in *United States v. Correia et. al.*, 18-10364-DPW, and agree to be bound by its terms. I understand that if I violate the terms of this Amended Protective Order I may be liable for contempt of court.

/s/ Christine Baily
Christine Baily, Esq.
General Counsel
Mass. Cannabis Control Commission

Date: February 7, 2020