UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 18-10364-DPW |
| 1) JASIEL F. CORREIA, II, and 2) GENOVEVA ANDRADE, | ) ) ) ) | |
| Defendants | ) | |

SECOND AMENDED PROTECTIVE ORDER

An assented-to motion having been made by the government for a second amended protective order in this case, it is hereby ORDERED that:

As to any discovery materials produced by the government to the defendant during the discovery process in this case, defense counsel may question or confront potential witnesses about matters or information contained in the discovery materials produced by the government, and may disclose such materials and their contents to the defendant and to those members of defense counsel's staff who are necessary to assist counsel in this case. The discovery materials and information contained therein shall be used solely for the purpose of litigating matters in this case and shall not be divulged to any other person, except that the government may disclose the interview reports of the individuals identified in the Second Superseding Indictment as MJ Vendor #1, MJ Vendor #2, MJ Vendor #3, MJ Vendor #4, and MJ Vendor #5 (hereinafter, "the protected information") to the Massachusetts Cannabis Control Commission ("CCC") so that the CCC can perform its legitimate regulatory duties.

The CCC understands that, under the order, it is permitted to use the protected information in the performance of its legitimate regulatory duties. This includes the CCC's making public

disclosures that, in sum and substance, in its interactions with law enforcement officials, it has not identified any concerns regarding suitability for licensure. It also includes disclosing relevant protected information to the extent necessary in connection with its investigative and administrative proceedings, as well as in connection with related state court proceedings. The CCC will continue to take reasonable precautions to limit the scope of disclosure of protected information. To the extent that the CCC believes any additional explicit disclosure of protected information is necessary, the CCC again agrees to seek this Court's permission before disclosing such information.

This Order does not apply to any such materials that are already in the public record.

/s/ Douglas P. Woodlock
HON. DOUGLAS P. WOODLOCK
United States District Judge

Dated: *June 26, 2020*

Acknowledgment of Second Amended Protective Order

We, the undersigned, declare that we have read and understand the attached Proposed Second Amended Protective Order in *United States v. Correia et. al.*, 18-10364-DPW. We agree that, if the order is entered by the Court, the CCC will be bound by its terms. We understand that, if the order is entered by the Court and the CCC violates its terms, the CCC may be liable for contempt of court.

/s/ Christine Baily
Christine Baily, Esq.
General Counsel
Mass. Cannabis Control Commission

/s/ Yaw Gyebi
Yaw Gyebi
Chief of Investigation and Enforcement
Mass. Cannabis Control Commission

Date: June 25, 2020