UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18-10364-DPW |
| v. ) | |
| ) | |
| JASIEL F. CORREIA, II, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S REVISED PROPOSED WITNESS LIST

Pursuant to the Court's December 15, 2020 Order, ECF Dkt. No. 154, the United States of America hereby submits the revised list of witnesses it presently intends to call in its case-in-chief against defendant Jasiel F. Correia, II with respect Counts 1-25.  In addition, as per this Court's order, the parties hereby jointly request a back-up trial date of March 15, 2021, in the event that COVID-19 prevents the trial from starting on February 22, 2021.

The government and defense counsel are mindful of the logistical challenges posed by the pandemic and thus are making every effort to streamline this matter for trial.  To that end, in addition to the previous stipulations regarding Counts 14-25, the government and defense have now agreed to several additional stipulations with respect to Counts 1-13, including stipulations regarding the authenticity of records from:  (1) Citizens' Bank; (2) Santander Bank; (3) Mechanic's Bank; (4) Rockland Federal Credit Union; (5) Bank 5; (6) Webster Bank; (7) Autobahn Car Dealership; (8) Boch Toyota; (9) Massachusetts Secretary of State (regarding articles of incorporation and registration for corporate entities); and (10) Internal Revenue Service ("IRS") (certified tax returns and related records).  These additional stipulations eliminated the need for as many as 10-12 trial witnesses.

The list below has changed in three respects from the list the government filed in October: (1) because the stipulations regarding Counts 14-25 were finalized, the government

removed Keepers of The Records and a Cannabis Control Commission witness; (2) because former co-defendant Andrade pled guilty, the government removed HUD-OIG ASAC Jessica Thompson; and (3) the government added one additional witness for Counts 14-25 (John Ferreira), as well as the witnesses for Counts 1-13. Should the government subsequently decide to call additional witnesses, or remove existing witnesses, it will promptly notify the Court and defense counsel.

1. Melissa Ahaesy
2. Sergio Arias
3. Brian Bairos
4. Nick Bernier
5. Louis Bettencourt
6. David Brayton
7. David Cabeceiras, DMD
8. Hildegar Camara
9. Terrence Charest, CPA
10. Natalie Cleveland
11. Oteniel Correia
12. Antonio Costa
13. Nikki Custadio
14. Mark Eisenberg
15. John Ferreira
16. Carl Garcia
17. Joshua Harding
18. Christopher Harkins
19. David Hebert
20. Michael Khoury
21. Sandi Lemanski, Special Agent, IRS-CID
22. Joseph Macy
23. Victor Martinez
24. Christopher Mello
25. Alec Mendes
26. Stephen Miller
27. Pauline Nguyen
28. Christopher Parayno
29. Dina Pichette
30. Matthew Pichette
31. Charles Saliby

32. Sami Saliby
33. Staff Sheehan
34. Edward Silva
35. Maria Soares
36. Stacia Vieria
37. Alex Vlahos

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     /s/ Zachary R. Hafer
        Zachary R. Hafer
        David G. Tobin
        Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

/s/ Zachary R. Hafer
Zachary R. Hafer
Assistant U.S. Attorney

Date:  December 18, 2020

3