UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18-10364-DPW |
| v. ) | |
| ) | |
| JASIEL F. CORREIA, II, ) | |
| ) | |
| Defendant ) | |

### THIRD REVISED JOINT SUBMISSION RE: EXPECTED WITNESS TESTIMONY

In light of the Court's decision, at defense counsel's request, to adjourn the afternoon session on Friday, April 30, the parties are hereby submitting a third revised proposed trial schedule. The government has also made two changes to its order of proof since its last filing:

1. The government no longer intends to call ▮▮▮▮; however, the government does intend to call ▮▮▮▮.[1] The parties estimate that ▮▮▮ direct and cross will be approximately the same amount of time they had estimated for ▮▮▮. For public purposes, the government will now refer to ▮▮▮ as Witness Z.

2. The government has switched ▮▮▮▮ (Witness T) and ▮▮▮▮ (Witness S) so that ▮▮▮ will now testify before ▮▮▮▮. To avoid confusion, the government will continue to publicly refer to ▮▮▮ as Witness T and ▮▮▮ as Witness S.

3. The government continues to evaluate its evidence and will promptly notify the Court and defense counsel if it decides not to call additional witnesses.

**Monday, April 26, 2021**                                              **Time (minutes)**

Preliminary Instructions                                                30
Opening Statements                                                      75 (45 gov't; 30 defense)
▮▮▮▮ (Witness A)                                                        40 (20 direct; 20 cross)
▮▮▮▮ (Witness B)                                                        40 (20 direct; 20 cross)
▮▮▮▮ (Witness C)                                                        35 (15 direct; 20 cross)
▮▮▮▮ (Witness D)                                                        45 (25 direct; 20 cross)
▮▮▮▮ (Witness E)                                                        135 (60 direct; 75 cross)

Total                                                                   400 (70 mins. to Tuesday)

---

[1] ▮▮▮▮ Jencks materials were produced to the defense in December 2019.

**Tuesday, April 27, 2021**                                   **Time (minutes)**

▮▮▮▮▮▮▮▮▮▮ (Witness E) (cont.)                                70 (continued)
▮▮▮▮▮▮ (Witness F)                                            85 (40 direct; 45 cross)
▮▮▮▮▮ (Witness G) **                                          65 (30 direct; 35 cross)
▮▮▮▮▮ (Witness H)                                             65 (30 direct; 35 cross)
▮▮▮▮ (Witness I)                                              45 (30 direct; 15 cross)

Total                                                         330

**Wednesday, April 28, 2021**                                 **Time (minutes)**

▮▮▮▮ (Witness J)                                              85 (40 direct; 45 cross)
▮▮▮▮ (Witness K)                                              85 (40 direct; 45 cross)
▮▮▮▮▮ (Witness L)                                             100 (50 direct; 50 cross)
▮▮▮▮▮▮▮ (Witness M) **                                        90 (45 direct; 45 cross)

Total                                                         360 (30 minutes to Thursday)

**Thursday, April 29, 2021**                                  **Time (minutes)**

▮▮▮▮▮▮▮ (Witness M) (cont.)**                                 30 (continued)
▮▮▮▮▮ (Witness N)                                             20 (10 direct; 10 cross)
▮▮▮▮ (Witness O)                                              30 (15 direct; 15 cross)
▮▮▮▮ (Witness P)                                              50 (25 direct; 25 cross)
▮▮▮▮ (Witness Q)                                              35 (20 direct; 15 cross)
▮▮▮▮ (Witness R)                                              60 (30 direct; 30 cross)
▮▮▮▮▮▮ (Witness T)[2]                                         105 (55 direct; 50 cross)

Total                                                         330

**Friday, April 30, 2021 (no afternoon session – 165 minutes)**   **Time (minutes)**

▮▮▮▮▮▮▮▮▮▮▮▮▮ (Witness S)                                     135 (75 direct; 60 cross)
▮▮▮▮▮▮ (Witness U)                                            80 (40 direct; 40 cross)

Total                                                         215 (50 minutes to Monday)

---

[2] Due to pre-planned travel, ▮▮▮▮▮▮▮ cannot testify until Thursday, April 29 at the earliest.

2

| **Monday, May 3, 2021** | **Time (minutes)** |
|---|---|
| ▮▮▮▮ (Witness U) (continued) | 50 (continued) |
| ▮▮▮▮ (Witness V) | 130 (60 direct; 70 cross) |
| ▮▮▮▮ (Witness W) | 55 (20 direct; 35 cross) |
| ▮▮▮▮ (Witness X) | 30 (15 direct; 15 cross) |
| ▮▮▮▮ (Witness Y) | 85 (40 direct; 45 cross) |
| Total | 350 (20 minutes to Tuesday) |

| **Tuesday, May 4, 2021** | **Time (minutes)** |
|---|---|
| ▮▮▮▮ (Witness Y) (continued) | 20 (continued) |
| ▮▮▮▮ (Witness Z) | 35 (15 direct; 20 cross) |
| ▮▮▮▮ (Witness AA) | 85 (40 direct; 45 cross) |
| ▮▮▮▮ (Witness BB) | 120 (60 direct; 60 cross) |
| ▮▮▮▮ (Witness CC) | 70 (30 direct; 40 cross) |
| Total | 330 |

| **Wednesday, May 5, 2021** | **Time (minutes)** |
|---|---|
| ▮▮▮▮ (Witness DD) | 90 (40 direct; 50 cross) |
| ▮▮▮▮ (Witness EE) | 90 (40 direct; 50 cross) |
| ▮▮▮▮ (Witness FF) | 90 (45 direct; 45 cross) |
| ▮▮▮▮ (Witness GG) | 30 (15 direct; 15 cross) |
| ▮▮▮▮ (Witness HH) | 30 (15 direct; 15 cross) |
| Total | 330 |

| **Thursday, May 6, 2021** | **Time (minutes)** |
|---|---|
| ▮▮▮▮ (Witness S) | 90 (45 direct; 45 cross) |
| Total | 90 |

Respectfully submitted,

| JASIEL F. CORREIA, II | NATHANIEL R. MENDELL |
| Defendant | Acting United States Attorney |
| | |
| By: *Kevin J. Reddington, Esq.* | By: */s/ Zachary R. Hafer* |
| Kevin J. Reddington, Esq. | Zachary R. Hafer |
| Defense Counsel | David G. Tobin |
| | Assistant U.S. Attorneys |

CERTIFICATE OF SERVICE

      I hereby certify that this document filed under seal will be sent to the Court and defense counsel by electronic mail.

                                                        */s/ Zachary R. Hafer*
                                                        Zachary R. Hafer
                                                        Assistant U.S. Attorney

Date:  April 18, 2021