KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Criminal No.**
**18-CR-10364-DPW**

## UNITED STATES OF AMERICA

## VS.

## JASIEL F. CORREIA, II

## MOTION FOR JUDGMENT OF ACQUITTAL

Now comes the defendant, Jasiel F. Correia, II, in the above numbered cause pursuant to Rule 29 of the Federal Rules of Criminal Procedure and moves this Court for a judgment of acquittal on the following counts set forth in the indictment;

- Counts A-I-        Wire Fraud (18 U.S.C. §1343)

- Counts J-M        False Tax Returns (26 U.S.C. §7206(i)

- Counts N, P, R. T and V-        Extortion, Conspiracy (Title 18 U.S.C. §1951)

- Count X-        Bribery (18 U.S.C. §666(a)(1)(B))

In support hereof the defendant says that the evidence presented at trial by the government is constitutionally insufficient to support a finding that each and every element of the crime charged has been proved beyond a reasonable doubt.

Jackson vs. Virginia, 443 U.S. 307, 318-319 (1979), United States vs. Ortiz, 447 F3d 28, 32 (1st Cir. 2006)

>Jasiel Correia,
>By his attorney
>
>/s/Kevin J. Reddington, Esq.

**CERTIFICATE OF SERVICE**

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Jasiel F. Correia, II, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 7, 2021.

MOTION FOR JUDGMENT OF ACQUITTAL

>/s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186