UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASIEL F. CORREIA, II, | ) | Criminal No. 18-10364-DPW |
| | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT

## COUNTS A - I – Wire Fraud (18 U.S.C. § 1343)

(A)    With respect to Count A, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**            _____.

(B)    With respect to Count B, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**            _____.

(C)    With respect to Count C, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**            _____.

(D)    With respect to Count D, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**            _____.

(E)   With respect to Count E, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**          _____.


(F)   With respect to Count F, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**          _____.


(G)   With respect to Count G, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**          _____.


(H)   With respect to Count H, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**          _____.

(I)   With respect to Count I, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**          _____.

## **COUNTS J-K – Filing False Tax Returns (26 U.S.C. § 7206(1))**

(J)   With respect to Count J, we, the jury, find the defendant Jasiel F.
      Correia, II:

      **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

(K)   With respect to Count K, we, the jury, find the defendant Jasiel F.
      Correia, II:

      **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

## **COUNTS L-M – Filing False Tax Returns (26 U.S.C. § 7206(1))**

(L)   With respect to Count L, we, the jury, find the defendant Jasiel F.
      Correia, II:

      **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

(M)   With respect to Count M, we, the jury, find the defendant Jasiel F.
      Correia, II:

      **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

## **COUNTS N, P & R – Extortion Conspiracy (18 U.S.C. § 1951)**

(N)     With respect to Count N, we, the jury, find the defendant Jasiel F.
        Correia, II:

        **(ANSWER "NOT GUILTY" OR "GUILTY")**                _____.

(P)     With respect to Count P, we, the jury, find the defendant Jasiel F.
        Correia, II:

        **(ANSWER "NOT GUILTY" OR "GUILTY")**                _____.

(R)     With respect to Count R, we, the jury, find the defendant Jasiel F.
        Correia, II:

        **(ANSWER "NOT GUILTY" OR "GUILTY")**                _____.

## **COUNTS O, Q & S – Extortion (18 U.S.C. § 1951)**

(O)     With respect to Count O, we, the jury, find the defendant Jasiel F.
        Correia, II:

        **(ANSWER "NOT GUILTY" OR "GUILTY")**                _____.

(Q)     With respect to Count Q, we, the jury, find the defendant Jasiel F.
        Correia, II:

        **(ANSWER "NOT GUILTY" OR "GUILTY")**                _____.

(S)   With respect to Count S, we, the jury, find the defendant Jasiel F.
       Correia, II:

       **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

### **COUNTS T & V – Extortion Conspiracy (18 U.S.C. § 1951)**

(T)   With respect to Count T, we, the jury, find the defendant Jasiel F.
       Correia, II:

       **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

(V)   With respect to Count V, we, the jury, find the defendant Jasiel F.
       Correia, II:

       **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

### **COUNTS U & W – Extortion (18 U.S.C. § 1951)**

(U)   With respect to Count U, we, the jury, find the defendant Jasiel F.
       Correia, II:

       **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

(W)   With respect to Count W, we, the jury, find the defendant Jasiel F.
       Correia, II:

       **(ANSWER "NOT GUILTY" OR "GUILTY")**              _____.

## <u>COUNT  X</u> –  Bribery (18 U.S.C. § 666(a)(1)(B))

(X)   With respect to Count X, we, the jury, find the defendant Jasiel F.

Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**          _____.

_____                              _____
DATE                                           FOREPERSON

6