| | | | |
|---|---|---|---|
| **CASE NAME:** United States v. Jasiel F. Correia, II ||||
| **CRIMINAL CASE NO. 18-10364-DPW** ||||
| **EXHIBIT LIST** ||||
| **Exhibit Number:** | **Description of Exhibit** | **Offered through Witness:** | **Date Admitted** |
| 1 | Citizens Bank records for Common Solutions | Mendes | 4/26/2021 |
| 2 | Email from Mendes to Correia re Tax Forms | Mendes | 4/26/2021 |
| 3 | 2010 Tax Forms for Common Solutions | Mendes | 4/26/2021 |
| 4 | 2011 Tax Forms for Common Solutions | Mendes | 4/26/2021 |
| 5 | Jan 4 2013 email from Correia re agreements to be signed and notarized | Parayno | 4/26/2021 |
| 6 | Citizens Bank account opening documents | Parayno | 4/26/2021 |
| 7 | May 2013 1Zero4 Business Plan | Vlahos | 4/26/2021 |
| 7.1 | Video clip of 1Zero4 Grand Opening October 21, 2013 | Vlahos | 4/26/2021 |
| 8 | August 2013 SnoOwl Business Plan | Vlahos | 4/26/2021 |
| 9 | Jan. 16, 2013 Investment Agreement | Cabeceiras | 4/26/2021 |
| 10 | Copies of Mechanic's checks and deposit slips | Cabeceiras | 4/26/2021 |
| 11 | Chart of Investment Checks to SnoOwl and Correia | Cabeceiras | 4/26/2021 |
| 12 | 1/5/2014 Email from Cabeceiras to Correia re SnoOwl App 2014 | Cabeceiras | 4/27/2021 |
| 13 | 12/2014 SnoOwl Purchase Agreement with Convertible Promissory Note | Cabeceiras | 4/27/2021 |
| 14 | 9/4/2015 Letter from Correia to Cabeceiras | Cabeceiras | 4/27/2021 |
| 15 | 11/23/2015 Email from Cabeceiras to Bernier re SnoOwl Investor Meeting | Cabeceiras | 4/27/2021 |

| | | | |
|---|---|---|---|
| 16 | Mar 17 2016 Email from Cabeceiras to Bernier re Josh | Cabeceiras | 4/27/2021 |
| 19 | Miller Investment Agreement August 2013 | Miller | 4/27/2021 |
| 20 | Miller $50,000 Aug 2013 investment check | Miller | 4/27/2021 |
| 21 | Aug 1 2014 Email from Correia to Miller re Email 1 of 3 | Miller | 4/27/2021 |
| 21.1 | Aug 25 2014 Email from Correia to Miller re Brief update | Miller | 4/27/2021 |
| 22 | 12/19/2014 Note Purchase Agreement | Miller | 4/27/2021 |
| 23 | 12/21/2014 Miller Investment Agreement Letter | Miller | 4/27/2021 |
| 24 | January 2015 Note Purchase Agreement | Miller | 4/27/2021 |
| 25 | Miller $20,000 Jan 2015 investment check | Miller | 4/27/2021 |
| 26.1 | Nov 5 2014 Email chain re equity stake and with Business Plan | Eisenberg | 4/27/2021 |
| 26.2 | November 2014 SnoOwl Business Plan | Eisenberg | 4/27/2021 |
| 26.3 | Nov 8 2014 Email re SnoOwl Followup | Eisenberg | 4/27/2021 |
| 27.1 | Nov 18 2014 email from Correia to Martinez and Eisenberg re Investor Agreement | Eisenberg | 4/27/2021 |
| 27.2 | Investment Agreement for SnoOwl Nov 18 2014 for Mark Eisenberg | Eisenberg | 4/27/2021 |
| 28 | Eisenberg $25,000 Nov 2014 investment check | Eisenberg | 4/27/2021 |
| 31 | Nov 5 2015 email from Bernier to Eisenberg, Martinez and Correia re update please | Eisenberg | 4/27/2021 |
| 33 | Shane Realty Lease Agreement with SnoOwl | Tod | 4/29/2021 |
| 34 | Spreadsheet of Shane Landing Rental Payments | Tod | 4/29/2021 |
| 35 | Checks to Shane Realty | Tod | 4/29/2021 |
| 36 | Martinez $25,000 Nov 2014 check | Martinez | 4/27/2021 |
| 37 | Dec 2015 - Apr 2016 email chain from Bernier to Correia re SnoOwl Update - New CEO | Bernier | 4/28/2021 |
| 38 | Chart of Garcia Checks | Garcia | 4/27/2021 |
| 39 | Garcia checks | Garcia | 4/27/2021 |
| 40 | Garcia Signed Investment and Note Purchase Agreements | Garcia | 4/27/2021 |
| 41 | May 2014 Statewide Work Proposal | Harding | 4/28/2021 |

| | | | |
|---|---|---|---|
| 42 | Summary of payments from SnoOwl to Statewide | Harding | 4/28/2021 |
| 43.1 | Mar 31 2015 Email from Harding to Correia re Receipt for Router | Harding | 4/28/2021 |
| 44 | 11/16/2015 email from Eisenberg to Martinez re What's going on with SnoOwl? | Harding | 4/28/2021 |
| 45 | 11/17/2015 Harding email to Eisenberg re Investor Meeting | Harding | 4/28/2021 |
| 46 | 9/5/2017 Blasi email to Correia, Harding et al re withdrawing as counsel | Harding | 4/28/2021 |
| 49 | April 2015 SnoOwl Business Plan | Bernier | 4/28/2021 |
| 50 | May 2015 SnoOwl Business Plan | Bernier | 4/28/2021 |
| 51 | Sheehan Memorandum of Understanding signed | Bernier | 4/28/2021 |
| 52 | Sheehan due diligence checklist | Sheehan | 4/28/2021 |
| 53 | 7/9/2015 SnoOwl Business Plan | Sheehan | 4/28/2021 |
| 54 | 4/29/2016 email from Sheehan to Correia re not providing documents | Sheehan | 4/28/2021 |
| 55 | 5/6/2016 email extending MOU doc date to June 2016 | Bernier | 4/28/2021 |
| 56 | 1/26/2017 Sheehan letter to SnoOwl | Sheehan | 4/28/2021 |
| 57 | Email chain with Sheehan, Spirako and Correia re Hawkeye License Agreement | Sheehan | 4/29/2021 |
| 58.1 | SnoOwl $3k check to Childrens Aquarium of Greater Fall River | Ahaesy | 4/29/2021 |
| 58.2 | Photo of Correia at Children's Aquarium in Fall River | Ahaesy | 4/29/2021 |
| 59.1 | $4k check made out to Flint Merchants Association dated 9/4/2013 | Cesar | 4/29/2021 |
| 59.2 | Flint Merchant's Association Meeting Minutes for July and September 2013 | Cesar | 4/29/2021 |
| 60 | Arias Jewlers checks | Arias | 4/29/2021 |
| 60.1 | Chart of Arias Jewlers checks | Arias | 4/29/2021 |
| 61 | 2013 Certified Federal Tax Returns (1040) | Vieria | 4/30/2021 |
| 62 | 2013 Return Verification Form | Vieria | 4/30/2021 |
| 62.1 | 2013 Client Data Sheet | Vieria | 4/30/2021 |
| 63 | 2014 Certified Federal Tax Returns (1040) | Vieria | 4/30/2021 |
| 64 | 2014 Return Verification Form | Vieria | 4/30/2021 |

| 64.1 | 2014 Client Data Sheet | Vieria | 4/30/2021 |
|---|---|---|---|
| 65 | Citizens Bank records for SnoOwl/SnoKimo | Lemanski | 4/30/2021 |
| 65.1 | Summary Chart of Unreported Income | Lemanski | 4/30/2021 |
| 66 | BayCoast Bank records for SnoOwl | Bernier | 4/28/2021 |
| 67 | Santander Bank records for Correia's personal checking account | Lemanski | 4/30/2021 |
| 68 | Citibank records for Correia credit card account | Lemanski | 4/30/2021 |
| 69 | SnoOwl Investor Chart **(For Demonstrative Purposes Only)** | Lemanski | |
| 70 | Sallie Mae records for Correia | Lemanski | 4/30/2021 |
| 71.1 | Autobahn records - Correia | Lemanski | 4/30/2021 |
| 71.2 | Rockland Federal Credit Union records re | Lemanski | 4/30/2021 |
| 72 | Amazon records | Lemanski | 4/30/2021 |
| 73 | Neiman Marcus records | Cleveland | 4/29/2021 |
| 74 | Lululemon records | Lemanski | 4/30/2021 |
| 75 | Tiffany Co records | Lemanski | 4/30/2021 |
| 75.1 | Excerpted Tiffany Co records | Cleveland | 4/29/2021 |
| 76 | The Pearl Factory records | Cleveland | 4/29/2021 |
| 77 | Chatham Bars Inn records | Cleveland | 4/29/2021 |
| 77.1 | Intercontinental Hotel records | Cleveland | 4/29/2021 |
| 78 | Birds Eye View Helicopters records | Lemanski | 4/30/2021 |
| 79 | Premier Yachts records for the Odyssey Cruise | Cleveland | 4/29/2021 |
| 80 | AA Island Rental records (ATVs) | Cleveland | 4/29/2021 |
| 81 | The Chanler At Cliff Walk records | Cleveland | 4/29/2021 |
| 82 | Reynolds Dewalt records re campaign signage | Lemanski | 4/30/2021 |
| 83 | SnoOwl Inc. Grand Jury Subpoena Production | Lemanski | 4/30/2021 |
| 85 | SnoOwl Expenditures Chart | Lemanski | 4/30/2021 |
| 86 | Chart of Investor Funds | Lemanski | 4/30/2021 |
| 87 | Professional Fitness records | Lemanski | 4/30/2021 |
| 88 | Spreadsheet of Student Loan Payments | Lemanski | 4/30/2021 |
| 89 | Pie Chart of personal purchases | Lemanski | 4/30/2021 |
| 90 | Pie Chart of Donations and Campaign Expenses | Lemanski | 4/30/2021 |
| 91 | Pie Chart of Hotel Expenses | Lemanski | 4/30/2021 |
| 92 | Pie Chart of Dining Expenses | Lemanski | 4/30/2021 |
| 93 | Pie Chart of Transportation Expenses | Lemanski | 4/30/2021 |
| 94 | Pie Chart of Credit Card/ Other loan payments | Lemanski | 4/30/2021 |

| 95 | Pie Chart of Non-Adult Entertainment Expenses | Lemanski | 4/30/2021 |
|---|---|---|---|
| 97 | PayPal invoice for Kate Spade | Cleveland | 4/29/2021 |
| 98 | Suitsupply records (excerpted) | Cleveland | 4/29/2021 |
| 98.1 | Suitsupply records | Lemanski | 5/6/2021 |
| 99 | Chart of Personal Travel with Natalie Cleveland | Cleveland | 4/29/2021 |
| 100 | Charest Immunity Letter | Charest | 4/29/2021 |
| 101 | 5/6/2016 Engagement letter with Carreiro for audit | Charest | 4/29/2021 |
| 102 | 5/24/2016 Engagement letter for agreed upon procedures | Charest | 4/29/2021 |
| 103 | IRS EIN Letter SnoOwl doc 11/27/2012 | Charest | 4/29/2021 |
| 104 | SnoOwl Status Report | Charest | 4/29/2021 |
| 105 | 2013 Exchange Account worksheet | Charest | 4/29/2021 |
| 106 | 2013 Due from Jasiel Worksheet | Charest | 4/29/2021 |
| 107 | 2014 Due from Jasiel Worksheet | Charest | 4/29/2021 |
| 108 | Sept 16 2016 Charest Letter to Carreiro re status | Charest | 4/29/2021 |
| 109 | Charest PBC list – things Correia needs to complete engagement | Charest | 4/29/2021 |
| 110 | Internal memo saying can't summarize findings | Charest | 4/29/2021 |
| 111 | 2013 Due from Jasiel final pass | Charest | 4/29/2021 |
| 111.1 | 2014 Due from Jasiel final pass | Charest | 4/29/2021 |
| 112 | Email from Charest to Carreiro re Proposals | Charest | 4/29/2021 |
| 113 | May 06 2017 tax prep engagement letter | Charest | 4/29/2021 |
| 114 | TC year-end file for SnoOwl summary doc - 2013 | Charest | 4/29/2021 |
| 115 | TC – 2013 tax workpapers file | Charest | 4/29/2021 |
| 116 | TC - 2014 tax workpapers file | Charest | 4/29/2021 |
| 117 | 2013 and 2014 Statements of Revenue and Expenses | Charest | 4/29/2021 |
| 118 | Correia Certified Amended Tax Return for 2013 (1040X) | Charest | 4/29/2021 |
| 119 | Correia Certified Amended Tax Return for 2014 (1040X) | Charest | 4/29/2021 |
| 119.1 | 2015 Due from Jasiel | Charest | 4/29/2021 |
| 120 | Brayton Immunity Order | Brayton | 5/3/2021 |

| 121 | Photo of Globe St. Xiphias Location | Brayton | 5/3/2021 |
|---|---|---|---|
| 122 | Photo of Globe St. Xiphias Location | Brayton | 5/3/2021 |
| 123 | Photo of Dunkin Donuts - Camara Meeting | Brayton | 5/3/2021 |
| 124 | Photo of Costa Residence - 5022 North Main Street | Brayton | 5/3/2021 |
| 125 | Bank Newport $100k check to Costa dated 07/14/2016 | Brayton | 5/3/2021 |
| 126 | 7/14/16 Non-Opposition Letter | Brayton | 5/3/2021 |
| 127 | Signed Brayton Host Community Agreement | Brayton | 5/3/2021 |
| 129 | Costa Plea Agreement | Costa | 5/3/2021 |
| 130 | Costa Cooperation Agreement | Costa | 5/3/2021 |
| 130.1 | Costa Signed Proffer Letter | Costa | 5/3/2021 |
| 130.2 | Costa Target Letter | Costa | 5/3/2021 |
| 131 | 12/19/2014 email from Correia with cc to Bernier - re SnoOwl investment docs to Costa | Costa | 5/3/2021 |
| 131.1 | Costa SnoOwl docs | Costa | 5/3/2021 |
| 131.2 | $10k check from Costa to SnoOwl | Costa | 5/3/2021 |
| 132 | Photo of Costa Residence - 5022 North Main Street | Costa | 5/3/2021 |
| 133 | Photos of Mayor's vehicle | Costa | 5/3/2021 |
| 134 | Photo of 379 Kilburn | Costa | 5/3/2021 |
| 135 | Text exchange between Costa and Silva received from Silva | Costa | 5/3/2021 |
| 136 | Batman Rolex photo (from Silva) | Costa | 5/3/2021 |
| 137 | Photo of 255 S. Main Street | Costa | 5/3/2021 |
| 138 | $3,900 Check to Costa Property | Costa | 5/3/2021 |
| 139 | Excerpted texts between Costa and Bairos from Bairos cell phone extraction | Costa | 5/3/2021 |
| 140 | Photo of 207 Sterling (where Bairos paid) | Costa | 5/3/2021 |
| 141 | Photo of Camara's Shed | Costa | 5/3/2021 |
| 142 | Photo of Cumberland Farms | Costa | 5/3/2021 |
| 143 | Silva Immunuity Agreement | Silva | 5/3/2021 |
| 144 | Photo of Silva's Store | Silva | 5/3/2021 |
| 145.1 | Photo of Batman Wall Clock | Silva | 5/3/2021 |
| 145.2 | Photos of Milgauss & Yacht Master watches | Silva | 5/3/2021 |

| 146 | Trench Permit Application (3/9/17) | Khoury | 5/4/2021 |
|---|---|---|---|
| 147 | Trench Permit (3/9/17) | Khoury | 5/4/2021 |
| 148 | Khoury Excavating Invoice (July 2017) | Khoury | 5/4/2021 |
| 149 | City of Fall River Purchase Order (Sept. 2017) | Khoury | 5/4/2021 |
| 150 | Narrative Summary Approval Process | Macy | 5/4/2021 |
| 152 | Saliby Host Community Agreement (25/50) | Macy | 5/4/2021 |
| 153 | Andrade Personnel File (excerpted) | Macy | 5/4/2021 |
| 154 | Andrade Ethics Disclosures | Macy | 5/4/2021 |
| 155 | Correia Ethics Disclosures | Macy | 5/4/2021 |
| 156 | Correia Aug 2019 Veto & Proposed Ordinance | Macy | 5/4/2021 |
| 157 | Video clip of Oct 21 2015 Mayoral Debate | Lemanski | 4/30/2021 |
| 159 | Bairos Immunity Agreement | Bairos | 5/4/2021 |
| 160 | Excerpted texts between Bairos and Correia | Bairos | 5/4/2021 |
| 162 | July 2, 2018 Non-opposition letter | Bairos | 5/4/2021 |
| 163.1 | BOA bank statement re Ocean Prime Jun 2018 | Bairos | 5/4/2021 |
| 163.2 | BOA bank statement showing Jun 29 2018 cash withdrawals of $5k from Bairos account | Bairos | 5/4/2021 |
| 163.3 | BOA bank statement showing Jul 3 2018 cash withdrawal of $10k from Bairos account | Bairos | 5/4/2021 |
| 163.4 | BOA bank statement showing Jul 20 2018 cash withdrawal of $50k from Bairos account | Bairos | 5/4/2021 |
| 163.5 | BOA bank statement re Tel Aviv Sept 2018 | Bairos | 5/4/2021 |
| 164 | Camara Plea Agreement | Camara | 5/4/2021 |
| 165 | Camara Cooperation Agreement | Camara | 5/4/2021 |
| 166 | Camara Proffer Letter | Camara | 5/4/2021 |
| 167 | 12/19/2014 email from Correia with cc to Bernier - re SnoOwl investment docs to Camara | Camara | 5/4/2021 |
| 167.1 | Camara SnoOwl signed documents | Camara | 5/4/2021 |
| 167.2 | $10k check from Camara for SnoOwl | Camara | 5/4/2021 |
| 168 | Harkins Immunity Agreement | Harkins | 5/5/2021 |
| 169.1 | Harkins-Northeast Alternatives Non-Opposition Letter | Harkins | 5/5/2021 |

| | | | |
|---|---|---|---|
| 169.3 | JH Holdings Bounced Check to Defense Fund Apr 13 2018 | Harkins | 5/5/2021 |
| 169.4 | Apr 13 2018 Harkins-Northeast Alternatives Host Community Agreement | Harkins | 5/5/2021 |
| 169.5 | Email from Ethics Commission to Correia | Harkins | 5/5/2021 |
| 169.6 | $20k JH Holdings Check Apr 02 2018 | Harkins | 5/5/2021 |
| 170 | Consultant Agreement executed 6/2018 | Harkins | 5/5/2021 |
| 171 | $4,000 Consulting Check | Harkins | 5/5/2021 |
| 173 | Aug 2018 Andrade/Harkins Texts | Harkins | 5/5/2021 |
| 174 | Pichette Immunity Letter | Pichette | 5/5/2021 |
| 175 | Pichette sheet accounting for checks | Pichette | 5/5/2021 |
| 176 | Pichette Check Images | Pichette | 5/5/2021 |
| 177 | Excerpted Texts between Hebert and Pichette | Pichette | 5/5/2021 |
| 178 | Email dated Jul 27 2018 from Hebert to Pichette re consulting agreement | Pichette | 5/5/2021 |
| 179 | Photo of Smoke Shop | Pichette | 5/5/2021 |
| 180 | Aug 17 2018 Loop Cultiv. Non-Opposition Letter | Pichette | 5/5/2021 |
| 181 | Aug 17 2018 Prem. Edibles Non-Opposition Letter | Pichette | 5/5/2021 |
| 188 | Saliby Immunity Letter | C. Saliby | 5/5/2021 |
| 189 | Map of proposed location | C. Saliby | 5/5/2021 |
| 190 | Photo of Convenience Store Exterior | C. Saliby | 5/5/2021 |
| 191 | Photo of Convenience Store Exterior | C. Saliby | 5/5/2021 |
| 192 | Photo of Convenience Store Interior | C. Saliby | 5/5/2021 |
| 193 | Photo of Convenience Store Interior | C. Saliby | 5/5/2021 |
| 194 | Photos of Guimond Farms (interior office) | C. Saliby | 5/5/2021 |
| 195 | Replica Contractor's Clipboard **(For Demonstrative Purposes Only)** | C. Saliby | |
| 196 | Photo of fake cash **(For Demonstrative Purposes Only)** | C. Saliby | |
| 197 | Saliby Non-Opposition Letter | C. Saliby | 5/5/2021 |
| 198 | Saliby Text Excerpt Jun 25 2018 | Custadio | 5/5/2021 |
| 199 | Camara Appointment Letter - Bristol County Training Consortium | Camara | 5/4/2021 |
| 201 | T-Mobile records for 508-496-1433 (Correia) | Lemanski | 5/6/2021 |

| 202 | T-Mobile records for 508-922-9298 (Costa) | Lemanski | 5/6/2021 |
|---|---|---|---|
| 203 | Sprint records for 508-801-9086 (Camara) | Lemanski | 5/6/2021 |
| 204 | Sprint records for 508-922-9298 (Costa) | Lemanski | 5/6/2021 |
| 205 | AT&T records for 401-644-2697 (Brayton) | Lemanski | 5/6/2021 |
| 206 | Fall River Municipal Credit Union records for Correia account | Lemanski | 4/30/2021 |
| 207 | Mechanics Bank records for Friends of Jasiel Correia account 7129 | Lemanski | 5/6/2021 |
| 208 | Mechanics Bank records for Defense Funds account 0288 | Lemanski | 5/6/2021 |
| 209 | Boch Toyota records for Correia | Lemanski | 5/6/2021 |
| 210 | Bank Five records for Gen Andrade | Lemanski | 5/6/2021 |
| 211 | Summary Phone Contact Chart | Lemanski | 5/6/2021 |
| 212 | Andrade Payments to Correia Summary Chart | Lemanski | 5/6/2021 |
| 213 | Mechanics Bank Statement for Antonio Costa Property Mgmt July 2016 | Lemanski | 5/6/2021 |
| 214 | Cash Deposits to Correia FRMCU account | Lemanski | 5/6/2021 |
| 215 | Cash Purchases from Correia FRMCU account | Lemanski | 5/6/2021 |
| 336 | May 6 2016 Letter from Carreiro Phillis, PLLC to Terrance Charest re Jasiel Correia, II | Bernier | 4/28/2021 |
| 337 | Oct 21 2015 email from Steven Argentieri to Bernier re Patent Application | Bernier | 4/28/2021 |
| 338 | Feb 5-6, 2015 email chain with Sarah Harding, Bernier, and Correia re Sarah - Invoices for SnoOwl | Bernier | 4/28/2021 |
| 339 | Feb 25 2016 email from Bernier to Jared Fine (Goodwin Proctor) and Correia re Delaware Domestic Corporation | Bernier | 4/28/2021 |
| 340 | Jan 27 2016 email from Cabeceiras to Bernier re Any updates on SnoOwl? | Bernier | 4/28/2021 |
| 341 | Feb 19 2019 email from Bernier to Cabeceiras and Correia re SnoOwl Updated - New Investor/Acquisition Contacts | Bernier | 4/28/2021 |
| 342 | Nov 21-23 2016 texts between Bernier and Correia | Bernier | 4/28/2021 |
| 343 | Dec 5 2016 texts between Bernier and Correia | Bernier | 4/28/2021 |
| 344 | Photo of Camara and Costa on boat | Camara | 5/5/2021 |

US v. Correia
18-10364-DPW

| 345 | Photo of Hebert and Pichette | Pichette | 5/5/2021 |