UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
)
v.  )
)
JASIEL F. CORREIA, II,  )   Criminal No. 18-10364-DPW
)
)
Defendant.  )

# VERDICT

## COUNTS A - I – Wire Fraud (18 U.S.C. § 1343)

(A) With respect to Count A, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**    Guilty.

(B) With respect to Count B, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**    Guilty.

(C) With respect to Count C, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**    Guilty.

(D) With respect to Count D, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**    Guilty.

(E)  With respect to Count E, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**  Guilty.

(F)  With respect to Count F, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**  Guilty.

(G)  With respect to Count G, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**  Guilty.

(H)  With respect to Count H, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**  Guilty.

(I)  With respect to Count I, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**  Guilty.

**COUNTS J-K – Filing False Tax Returns (26 U.S.C. § 7206(1))**

(J)   With respect to Count J, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**   _Guilty_.

(K)   With respect to Count K, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**   _Guilty_.

**COUNTS L-M – Filing False Tax Returns (26 U.S.C. § 7206(1))**

(L)   With respect to Count L, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**   _Guilty_.

(M)   With respect to Count M, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**   _Guilty_.

**COUNTS N, P & R – Extortion Conspiracy (18 U.S.C. § 1951)**

(N) With respect to Count N, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

(P) With respect to Count P, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

(R) With respect to Count R, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

**COUNTS O, Q & S – Extortion (18 U.S.C. § 1951)**

(O) With respect to Count O, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

(Q) With respect to Count Q, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

(S) With respect to Count S, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

**COUNTS T & V – Extortion Conspiracy (18 U.S.C. § 1951)**

(T) With respect to Count T, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

(V) With respect to Count V, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Not Guilty_

**COUNTS U & W – Extortion (18 U.S.C. § 1951)**

(U) With respect to Count U, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Guilty_.

(W) With respect to Count W, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")** _Not Guilty_

## COUNT X – Bribery (18 U.S.C. § 666(a)(1)(B))

(X)    With respect to Count X, we, the jury, find the defendant Jasiel F. Correia, II:

**(ANSWER "NOT GUILTY" OR "GUILTY")**      _NOT Guilty_

_5-14-2021_
DATE

_[signature]_
FOREPERSON

6