IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 18-cr-10364-DPW |
| v. | |
| JASIEL F. CORREIA, II | |

### DEFENDANT JASIEL F. CORREIA, II'S
### SUPPLEMENTAL SENTENCING MEMORANDUM

Defendant Jasiel F. Correia, II, respectfully submits this Supplemental Sentencing Memorandum in response to the government's submission on September 14, 2021, of an article that *The Herald News* published in response to Mr. Correia's Sentencing Memorandum. D.E. 301. He also brings additional relevant authority to the Court's attention and attaches additional letters (Exhibit A) received since his original filing.

The *Herald News* article, inaptly labeled a "fact checking" exercise, casts an unwarranted, distorted, jaundiced eye on Mr. Correia's accomplishments as Mayor. There is an important difference between citing contemporaneous news accounts of historical events, on one hand, versus placing the government's imprimatur on a transparent "hit piece" laced with falsehood, innuendo, and commentary, on the other hand.

Mr. Correia has never suggested that "political corruption is excusable so long as the criminal makes a couple of sidewalks wider with two or three benches and fancy streetlamps." Nothing justifies corruption. But while trial of the public corruption charges focused narrowly on would-be marijuana businesses in Fall River, sentencing should now take a broader view of Mr. Correia's tenure as mayor and acknowledge, in the balance, the many ways he improved the city

and the lives of its residents. Mr. Correia took office in a city on the brink of receivership,[1] eliminated the reviled trash fee that the previous mayor supposedly had to impose to avoid that financial catastrophe, and departed the office leaving a multi-million dollar reserve fund in place. Other initiatives, large and small, also improved life for residents along the way.

*Drug Coordinator*

Contrary to the *Herald's* derisive comment, Michael Aguiar, the city's first Drug Prevention Coordinator, was hardly a Correia "crony." Rather, he was an experienced professional who previously worked as prevention services director at SSTAR (a renowned treatment organization) whom Mr. Correia had known for years in connection with the drug abuse prevention work he started at age 13. Regarding the "expensive trip" at issue, while Aguiar had been approved to attend a conference using grant (not city) funds, Aguiar nevertheless resigned at Mr. Correia's request when the travel expense controversy erupted.[2] Nothing about those events can diminish Mr. Correia's genuine longstanding commitment to drug abuse prevention and treatment. For example, when many opposed the expansion of treatment facilities in Fall River, Mr. Correia resisted the cries of "not in my backyard" and pushed forward to approve a state of the art treatment facility.[3]

---

[1] *See* Brian Fraga, "Mayor Sam Sutter: 'The fee is what happened in the election,' " *The Herald News* (Nov. 3, 2015), *available at* https://www.heraldnews.com/article/20151103/NEWS/151108402.

[2] *See* Jo C. Goode, "City official resigns day after expensive NYC trip exposed," *The Herald News* (Jun. 27, 2017), *available at* https://www.heraldnews.com/news/20170627/city-official-resigns-day-after-expensive-nyc-trip-exposed.

[3] *See* Deborah Allard, "'We're ready': SSTAR celebrates plans for its new Weaver Street treatment facility," *The Herald News* (Oct. 10, 2019), *available at*

*Streetscapes*

The *Herald* complains that Mr. Correia's submission "omits that the first street beautified is where his future in-laws would soon purchase a building to develop a high-end restaurant and function hall." Is the *Herald* really suggesting there is something nefarious about infrastructure projects to beautify streets in multiple HUD-identified low-income neighborhoods if the work subsequently attracts investment? The Streetscape improvement plan was approved by the City Council in 2016 and included numerous streets. Mr. Correia did not even know Ms. Fernandes or her parents until 2017. In 2019, Ms. Fernandes' family bought a publicly-listed commercial property for sale on Purchase Street and made substantial additional investment in renovations of the building to open a restaurant that pays taxes and employs dozens of people.

*Pier Revitalization*

The *Herald's* claim that, after helping to secure grants in 2016 to revitalize the dilapidated and long-vacant city pier, Mr. Correia "granted his [*future*] in-laws an exclusive license to develop the pier" is false.

Mr. Correia did not, and could not, issue any license. Three years after the grants at issue, in 2019, the Fall River Redevelopment Authority ("RDA"), an independent public body, agreed to enter a license agreement to operate a bar and restaurant on a *portion* of the pier.[4] The RDA tried to help Naragansett Brewing Company find a local operator to serve as a partner in a

---

https://www.heraldnews.com/news/20191010/were-ready-sstar-celebrates-plans-for-its-new-weaver-street-treatment-facility.

[4] *See* Jo C. Goode, "Fall River RDA approves plan to turn City Pier into entertainment venue," *The Herald News* (May 23, 2019), *available at* https://www.heraldnews.com/news/20190523/fall-river-rda-approves-plan-to-turn-city-pier-into-entertainment-venue.

seasonal business.  "Nobody else stepped up to the plate," said Kara O'Connell, the RDA chairperson (who was on the board prior to Mr. Correia's election).[5] "The Bettencourts "were the first ones . . . to take the risk."[6]  The proposed agreement was not exclusive and did not confer ownership or further development rights. O'Connell said, "there are numerous clauses in the agreement meant to protect the city, including a termination clause should the RDA decide to develop the property into a marina."[7] Ultimately, the Naragansett Brewing project did not go forward due to ongoing Mass. DEP environmental remediation issues. We also understand that at least one RDA member was interviewed by the FBI during the investigation but we are unaware of any allegation of wrongdoing by Mr. Correia in connection with RDA activities.

*Family Business*

That the business owned by Mr. Correia's in-laws, who have worked in restaurants since the 1980s, may charge market prices for a handful of so-called "high end" products does not alter the fact that restaurants operate with notoriously low margins and the pandemic has devasted the industry just as *this* business was getting on its feet after substantial expenditures to purchase and renovate the property. A more balanced look at the menu reveals most dishes priced between $5-$28, including sandwiches for $12-$17 and a Portuguese steak for $22.[8] Many bottles of wine are under $40.[9] Is the *Herald* really suggesting there is something wrong with trying to attract affluent

---

[5] *Id.*

[6] *Id.*

[7] *Id.*

[8] *See* https://www.townehousefallriver.com/menu.

[9] *See* https://www.townehousefallriver.com/drinks.

customers from around the region to spend money on a few luxuries at a local business in Fall River? The relevant point is that rather than sulking in bitterness or depression after leaving office, Mr. Correia has worked tirelessly in a variety of roles to help keep this local family business viable.

*Not a "Plea for Mercy"*

Finally, contrary to the *Herald's* characterization, Mr. Correia's Sentencing Memorandum was not a "plea[] for mercy." While mercy has an appropriate role in any just system of punishment (and is utterly lacking from the *Guidelines* regime), Mr. Correia's proposal should not be viewed as "looking for leniency." Rather, for the reasons we set forth, it delivers what the law requires: a substantial but minimally sufficient penalty that satisfies the purposes of sentencing.

Another recent sentence in this district provides an additional important data point in weighing appropriate punishment. On September 15, 2021, in *United States v. Hajjar*, No. 21-cr-10116-NMG, Judge Gorton sentenced a former Alden Shoe Co. executive to 70 months imprisonment for stealing over $30 million from the company over the course of nearly a decade. Judge Gorton described the crime "as truly breathtaking in the annals of embezzlement. . . .That makes the Brinks robbery look like chump change. . . .In my many years as a judge I have never seen its equal."[10] The government's suggestion that Mr. Correia deserves a sentence double that imposed in *Hajjar* is an example of unwarranted disparity.

## CONCLUSION

For the foregoing reasons, as well as those set forth in Mr. Correia's original Sentencing Memorandum, this Court should impose a sentence of 36 months' imprisonment followed by 3 years' supervised release, mandatory restitution, and forfeiture.

---

[10] Chris Villani, "Ex-Shoe Co. Exec gets 6 Years for 'Breathtaking' $30M Theft," *Law360* (Sep. 15, 2021), *available at* https://www.law360.com/massachusetts/articles/1421917/ex-shoe-co-exec-gets-6-years-for-breathtaking-30m-theft.

Respectfully submitted,

**JASIEL F. CORREIA, II**

By his attorneys,

*/s/ William W. Fick*
William W. Fick, Esq. (BBO #650562)
Daniel N. Marx, Esq. (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document is being provided to the Court and counsel for the parties by e-mail PDF on September 17, 2021, because the ECF system is down for maintenance. It will be filed through the ECF system when the system is again operational.

*/s/ William W. Fick*

6

Exhibit A

To the Honorable Judge Woodlock,

My name is Alexandra Correia, I am 24 years old, and I have known Jasiel Correia II for the entirety of my life, as I am his little sister. Like Jasiel, I was born and raised in Fall River, MA, but was raised closely to my Portuguese and Cape Verdean roots by our parents who are both immigrants. In May of 2019, just months after my brother was first arrested, I received my bachelor's degrees in both Psychology and the Administration of Justice from Salve Regina University. Presently, I am a graduate student at Boston College in the School of Social Work. Additionally, I have just recently completed a year-long internship in the Boston College Law School's Law Clinics, in which I provided advocacy and informal therapeutic services for clients receiving legal services and representation from student legal teams. Now, I am currently interning at the Justice Resource Institute in Jamaica Plain serving the community by providing in-home therapy for children and their families.

My brother, Jasiel, is the best man and person I have ever known. He is the brightest, most intelligent and service oriented young man any person could ever meet, and I could not be prouder to be his baby sister. Growing up, watching my brother's countless successes throughout life, from introducing a city wide Bill of Rights for young people in our community as a high school student to becoming mayor of his beloved home city, Fall River, I bore witness to my brother's greatness and, in turn, felt inspired to be great every day and to carve out my own path serving the communities I love. But, more importantly for me, as his sister, I had the privilege to see another side of Jasiel that people often did not get to enjoy like I did, the side of him that is just a normal human being and a really incredible older brother. I got to grow up with a brother that always wanted to play and spend time with me. He never treated me like an annoying little sister (although I most certainly was), but rather as a best friend. We'd spend all our time together playing games ranging from playing with his action figures and my dolls to turning our childhood apartment into an extreme volleyball tournament anytime we somehow acquired a balloon. One of our favorite childhood pastimes, guessing the origins of movie and tv quotes that we think are funny, has turned into an ongoing decade long game that we are currently still playing to this very day.

Above all the fun and games, Jasiel has a special soul and I am fortunate to have him in my life, watching over and protecting me. The love our family has for one another is rooted in our faith and love for God. It is unconditional and it is unwavering, but it is not without reason. My brother has given me every reason in the world to love and support him. The love he has shown me, our family, and every other person who is fortunate enough to know his love is infectious. His compassion is admirable and has always brought me such warm comfort. For years now, I have heard others speculate how it is his intellect or ability to articulate and speak publicly well that has led so many to trust and believe in him, but this is false. It could not be farther from the truth. It is because of my brother's capacity for love and compassion for others and commitment to service that he spent his life working to build and earn the trust of others. I have always known this to be true and have felt that I could trust my brother to be there for me even at my lowest points when I felt I could trust no one else. Early in my freshman year of college, I was sexually assaulted in my own dorm building. There are not enough words to describe the darkness and pain I felt other than I imagine it was close to feeling like I had died, and I didn't know if I'd ever be able to live again. I was deeply ashamed and was terrified to tell

my family because I knew it would destroy them and break their hearts. But despite this, I knew I could trust my brother, so I turned to him. One day, shortly after the assault, I reached out to Jasiel and shared with him what happened to me and he cried. He cried with me. He saw me hurting and he chose to sit in my pain with me. He did not ask questions, he just listened and held me and for a moment, I felt safe again. He made me feel love again when up until this point all I had felt was the absence of it. But what was really special was how my brother's compassion and empathetic nature was able to sense exactly what I needed in this moment and he helped me take back my control. He did not tell me what I should do or needed to. No, he asked me what I wanted, and he took the time to talk through all my options and how I could take back control of my life. With his support, I decided I was not going to let a monster rob me of my education or any opportunity to build the future I had always imagined for myself. My brother helped me to feel empowered and strong again. He reminded me of who I was and the strong foundation we came from. Though he and I both understood my life and myself would likely never be the same again, he helped me believe that different didn't mean I could not be better. While this one conversation of course did not magically fix what had been broken within me, I can honestly say that without Jasiel, I don't know if I would ever have started to heal.

To the outside world, my brother is this serious career-driven young man who has wound up in the public eye, but to me, he's my goofball big brother who has loved, cared for, supported and protected me for the entirety of our lives. He is my only sibling, but he is far more than that and I wish more people would see him for the full being he is, not just as some politician, because that is not who he is, it was just the mode he chose to do what he loves most, serve his community. He is a whole complex human being and it breaks my heart to see how often this is forgotten, especially in how he is portrayed by the media. He is a brother, a son, a grandson, a husband, a nephew, a cousin, a friend, but most importantly, a servant of God and his community. He fulfills each of these roles every day of his life and he does it with love, grace, and compassion. He was never just a politician, but a public servant. He has accomplished so much in his short life, but they were never successes for just him, but rather successes for our family and our community. When I left for college in Rhode Island back in 2015, Fall River was a community I never wanted to return to. At that point, with the exception of my family, there was nothing there for me other than a desolate community that I saw no opportunity for growth in; however, this all changed when my brother became mayor in 2016. In the months following his inauguration, I watched in awe as my brother worked diligently each and every day to rebuild our community into something I never imagined possible: a vibrant, culturally diverse and rich community that young people like myself would want to return to and the older generations, like my parents and grandparents could finally be proud of. This was my brother's doing and his legacy. I have never seen so many local businesses open up, ranging from new restaurants to new shops to even a booming plaza featuring a movie theater. Each time I returned home for a visit there was another street that had been fixed up and covered with beautiful greenery. There were actually places I wanted to see and things I wanted to do in Fall River. Above that, my brother was dedicated to increasing the quality of life in our community. He fulfilled every promise he made to his constituents. He increased the safety of our community by adding to our police and fire departments. He cut down on frivolous fees and taxes the citizens of our community no longer wanted to pay. He supported the education of our city by meeting our education budget and saving teachers from receiving pink slips. He brought countless jobs to the city by drawing in tons of new businesses to grow in Fall River. And he did all this, all these incredible

improvements, without forcing our community members to change or to leave their homes due to increased rent and taxes. He found a way to rebuild our community for the people of Fall River to flourish within. He transformed Fall River and it is entirely because of his vision and dedication to serving the city of the Fall River, the community he has always loved, that it is thriving in the way that it presently is. There are so many ways he has bettered the city of Fall River and has supported the people in our community, but I can only attest to those I personally witnessed transpire and Jasiel certainly succeeded in making Fall River a place worth returning to for me.

While I could go on and write a ten-page essay on all the ways my brother has served every community he has been a part of, all the tremendous good he has done for others, and many successes he has had starting in early childhood to present day, I want to share how Jasiel's commitment to community service has inspired me to also go into service, just using a different mode. I grew up watching my brother become the most successful and well-accomplished person in my life, but what always stood out to me was that his successes were never selfish, but rather were always conscious of others and ultimately served the greater good. I lived with my very first hero and role model in life, and I must accredit Jasiel for helping shape me into the social justice warrior that I am today. He is the reason I, too, developed a passion to serve others. Watching him accomplish his dreams and the passion he had for being a public servant, I felt inspired and drawn to creating that same type of path for myself. Jasiel inspired my passion for serving marginalized and oppressed communities and he is the reason I felt empowered enough to uphold and fight for justice for others. Because of the influence my brother has had on me, I have been able to support, serve, advocate, march, and fight for countless oppressed individuals and communities in my own life. Even more so, I have had the privilege and honor of observing how the work I have done serving others has inspired countless people in my own life to pursue a life in service as well. That is the ripple effect kindness, faith, and servitude have. It has been the most powerful force in my life, and it all started with Jasiel. I don't think I would ever be able to thank him enough.

Lastly, your Honor, I want to share with you one last story that I think is the ultimate testament to Jasiel's character. Over the past couple of years, since my brother was first arrested and throughout his trial, I lost faith in this justice system. I always knew it needed change and while seeking justice reform was always one of my main career goals, I could no longer bring myself to want to pursue a career in a system that is potentially going to take my brother away from me. I grew bitter, distrustful, and severely depressed as I lost not only my faith in justice, but also any sense of direction or ambition I had to fight for social change in the system. I felt so lost and angry because I thought I had to give up my passion and all that I had worked so hard for. To show my support for my brother and my family, I wanted nothing to do with this field anymore, but Jasiel stopped me. When I felt most discouraged, he reminded me why I went into service to begin with. Even with all he has been dealing with and being entangled in this system himself, my brother told me to not give up on justice. He set aside all the darkness he has been experiencing to reignite my passion for service and justice again. He reminded me that I did not start this journey for myself, but for those who have been oppressed and are in need of social justice warriors like me to fight for them. Jasiel encouraged me to pick my head up and to continue to fight. Despite all he is facing right now ahead of him, Jasiel restored my confidence in myself and empowered me to know that I am capable of creating real change, but more

importantly, he restored my faith in the justice system and that maybe, one day with my help, it can work better. He selflessly recognized that we need our justice system and reminded me that I can never give up on it because the justice system needs me. Even though it may be at his own expense, my brother continues to inspire me to serve and pursue my dreams and goals in this system because it is ultimately for the greater good. Jasiel is a true public servant at his core.

To this day, I see my brother only as a success story, a story that has inspired me to continue to spread the same kindness, service, love, and compassion I learned from him. He is my fiercest challenger and my greatest supporter in life. We have always been there for each other and our capacity to love and support one another has been unwavering in all the adversity we have both faced in recent years. This shall never change. He is my only sibling, my first hero, my best friend in life. He is the backbone of our family and I am the heart, but I would be broken without him. In 2023, I will graduate with my master's from Boston College. Soon after that, I will likely marry my significant other, Odom Sam, as we have been together for nearly five years. Not long after, I intend to start a family. I don't think I would ever be able to bring myself to do any of this without Jasiel by my side. We have been through every stage of our lives together and have shared in each other's lowest lows and highest heights, but there would be no real joy in any of these next defining stages in my life without my brother.

In this time of his greatest need, I will return and show Jasiel the lifetime of support and unconditional love he has given me. We will rebuild his future in service together, only this time, I think it is I who will inspire him. My journey of fighting for change and social justice has only just begun and I believe Jasiel has far more to give to this world and is ready to walk this path with me. When I graduated from college in 2019, I wore a cap that read "This woman will change the world." Thanks to Jasiel, I still believe I can and will change the world; however, now, all I want is to change the world with my brother. His work is not yet done and with the support of our family, the strength he draws from his faith in God, and with me by his side, I believe there is so much more good that Jasiel has to offer to this world.

I thank you, Honorable Judge Woodlock, for reading my letter and carefully considering all I have shared with you about myself, my brother, and the relationship we have. Jasiel is the greatest brother I could have ever been blessed with. It has been a privilege to grow up with him and an honor to learn from and be inspired by him, but I still need him here with me. I ask you, your Honor, to consider the human being my brother truly is and to allow him, along with me and my support, to show you his capacity for love and his commitment to service. Your honor, respectfully, I plead with you to show leniency, mercy, and compassion towards my big brother, Jasiel.

Thank you for your time and consideration,

Alexandra M. Correia

  

September 12th, 2021

To Whom It May Concern,

My name is Nicole Moniz. I am a state Registered Dental Hygienist and also the CEO of a large dental firm by the name of Perfect Smiles, Design Ergonomics, and Ergonomic Products. Our Dental Practice ranks in the top 1% of the country offering employment to nearly one hundred people. We Design, Equip, and Train the best dental offices across North America. Our management and business style is one of servant leadership to those we employ and also to those who we assist throughout our nation. The reason for this letter is to hopefully provide a well versed perspective of Jasiel Correia both personally and professionally by offering a non-political view of his true character.

While serving our community,  I have had a chance to develop a professional and personal relationship with Jasiel over the course of the last five years.  Professionally, I know that he not only had proved himself through results alone,  but that he cared deeply about making an everlasting and well deserved change for the city of Fall River. He started by changing the language of the city, changing the slogan from "We'll Try" to "Make It Here". His term as Mayor really changed the local perspectives of  the city by an increased appreciation of its history, local offerings,  and employment. He brought the city back to life and put forth a lot of effort in any and every local event. He especially made sure to show up for almost everything and anything that supported the youth.  I am on the advisory board for the Diman Vocational High in Fall River, MA and the faculty were very pleased with the support and involvement of Jasiel as Mayor. I currently employ the prior head of people for Bristol Community College, another local school in the city of Fall River. She was and still is a major supporter of Jasiel. His intentions were felt by many.

Personally, the city was his highest priority. As being a close friend to his now wife Jenny, I know that he was overly extending his supporting presence to anything going on in the city. His schedule was very busy attending several events in one weekend and even several in one day. I remember one year during the Super Bowl he jumped up during half time and made 4 of us couples that were there head over to support a fundraiser for a handicapped school teacher at Bristol Community College.  No matter which setting we were in, his communications and intentions were always directed towards his plan to improve a city and fulfill his responsibilities as Mayor.

Over these last few years, I know that he has been deeply hurt and saddened by what has taken place.  He has been living with the fact that he has let many down in one way or another and that was never his life's intention. He started at a young age trying to make those around him proud. The family stories are inspirational and really never ending. His family migrated over to the states for a better life, and have always been very proud of him and his accomplishments. Being a friend of Jenny, also a young successful professional female, I can honestly say that Jasiel has always been very impressive for his age.  He is an individual who uses courtesy and thoughtfulness to demonstrate commitment, respect, compassion, and trust to his family, friends, and acquaintances.

Nicole M. Moniz

September 17th, 2021

To: The Honorable Judge Douglas Woodlock
Senior District Judge
United States District Court for the District of Massachusetts

From: David Riccio Jr.

Your Honor,

I am writing to you to urge leniency in the sentencing of my best friend, Jasiel F. Correia II.

I have known Jasiel (Jay) very intimately for the past 3 years. I consider Jay to be one of my best friends, and I am confident that he would say the same about me. I come from a family that owns several hospitality businesses and residential/commercial properties in the City of Boston. Jay was a regular customer of mine at one of my families establishments where I worked at. The second I met Jay and talked with him, I knew this was a special human. I meet hundreds of people a week, but something about Jay clicked with me, and we instantly hit it off. Over the following weeks, months and years, we developed a strong bond and friendship that continues to this day. I have always been wary of who I associate with and who I keep close to my inner circle, and Jay is someone that I am proud to say is a huge figure in my life. He is someone that I would honestly do anything for. I love him, as well as his wife and family. We have become extremely close especially in the last year, to the point where I had the honor to be Best Man at his wedding.

Even with everything going on in Jays life at the time, he has always been there for me. Times that I consider to be hard and dark points of my life, he has always been there to support me and offer me advice. Now no matter what happens in the near future, or what you decide for Jay, I will still continue to be there for him and his family and support them to the best of my ability going forward. I am only asking for you to consider leniency in his sentencing. At heart, Jay is a really good person, an extremely caring and ambitious man. Someone who cared a lot about his city and did countless great things for his constituents who although may be swayed by the biased headlines and negative press, are still happy with what he did for the city as a whole and all his positive accomplishments.

During my best man speech at his wedding reception, I said "I would be lucky one day to be just half the man that he is" and I mean that. I love Jay, and both deep down and on the surface, he's a gentleman and sweetheart. He has a long and fruitful life ahead of him, please consider giving him as much time to spend on his future career and family. He told me recently he and his wife Jenny would love to have a child and raise a family. Please give him the opportunity to do that, he would make an incredible father.

I really appreciate the time you are taking to read this letter and hear a little about the Jay that I know and love. Thank you and God Bless!

Sincerely,

David Riccio Jr.

The Honorable Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2306
Boston, MA. 02210

Dear Judge Woodlock:

I am writing this as a personal reference for the former Mayor of Fall River, Jasiel
Correia. I have known Mayor Jasiel Correia for more than four years as a friend and a
former campaign worker.

While Mayor Jasiel Correia's recent difficulties are will know. I have also experienced
him as being intelligent throughout numerous public meetings and a strong ambassador
for the citizens of Fall River. I have also experienced him as a compassionate person
who cares deeply about his community and his family. I have always witnessed him as
being a gentleman with strong family values who recently married the love of his life.
Myself and many others only hope that our lives are judged on the totality of what we
have done and not on one particular phase of our lives.

I respectfully request that you will take this letter into consideration as you determine
the just resolution of the matter before you.


Sincerely,



Richard Souza

Fall River, Massachusetts 02720