**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Criminal No. 18-10364-DPW |
| v. | ) |
| | ) |
| | ) |
| JASIEL F. CORREIA, II, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Woodlock, J.) September 27, 2021 *Electronic Order* (Docket Entry No. 310) granting defendant's motion for judgment of acquittal as to Counts 1, 4, 5, 7, 8, 9, 10, 11, 12, and 13 of the Second Superseding Indictment. *See* Fed. R. App. P. 4(b)(1)(B)(ii) (providing that "when the government is entitled to appeal, its notice of appeal must be filed in the district court within 30 days after the later of * * * (ii) the filing of a notice of appeal by any defendant").

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:     /s/ *Mark T. Quinlivan*
DUSTIN CHAO
DAVID G. TOBIN
MARK T. QUINLIVAN
Assistant U.S. Attorneys

1

## Certificate of Service

I hereby certify that on November 8, 2021, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney