IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASIEL F. CORREIA, II | No. 18-cr-10364-DPW |

**MOTION TO CONTINUE SURRENDER DATE**

Defendant Jasiel F. Correia, II, respectfully requests that the Court continue his surrender date for 30 days, to January 3, 2022. The government opposes this request.

As grounds for this motion, Mr. Correia states this his motion for continued release during his appeal [D.E. 328] remains pending before this Court. If the Court grants that motion, the issue of a surrender date will be moot. If the Court denies that motion, however, an extension of 30 days would permit orderly briefing of a motion for continued release in the First Circuit.[1]

In addition, the requested surrender extension would permit Mr. Correia to continue providing critical assistance to his family's small business through the busy holiday season.

This motion is Mr. Correia's first request to continue his surrender date, and he understands that, if this Court were to allow it, no further continuance could be expected.

---

[1] Mr. Correia cannot request release from the Court of Appeals until this Court has ruled on the pending motion. *See* Fed. R. App. P. 9.

Respectfully submitted,

**JASIEL F. CORREIA, II**

By his attorneys,

*/s/ William W. Fick*
William W. Fick, Esq. (BBO #650562)
Daniel N. Marx, Esq. (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2021.

*/s/ William W. Fick*