UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-10364-DPW |
| | ) | |
| JASIEL F. CORREIA II, | ) | |
| | ) | |
| Defendant | ) | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SURRENDER DATE

Beginning in January 2013, at the age of 21, Jasiel Correia was ready to start stealing hundreds of thousands of dollars from his friends and fellow citizens of Fall River. In February 2015, at the age of 23, Jasiel Correia was ready to start defrauding the IRS out of tens of thousands of dollars in taxes he owed. By July 2016, at the age of 24, Jasiel Correia was ready to start extorting Fall River business owners for hundreds of thousands of dollars – a corrupt practice that he continued throughout his mayoral term. Come December 3, 2021, now approaching 30 years of age, Jasiel Correia is ready to start serving his prison sentence.

To date, Correia has not paid back any of his defrauded investors and friends. To date, Correia has not paid back any of the taxes that he still owes. And to date, Correia has not paid back any of the hundreds of thousands of dollars in cash bribes that he grabbed from marijuana businesses all those years. Instead of repaying any of his debts, Correia asks to remain at liberty to provide what he calls "critical assistance to his family's small business through the busy holiday season," Def. Mot at 1 (ECF No. 347), but what the Fall River press has more accurately described as "very likely the most expensive restaurant in Fall River."[1]

---

[1] See https://www.heraldnews.com/story/news/courts/2021/09/14/fact-check-context-claims-jasiel-correia-sentencing-memo-fall-river-mayor-corruption-fraud-defense/8329587002/ ("A glance at the Douro Steakhouse menu reveals a $42 eight-ounce filet mignon, a $75 ribeye,

Unsurprisingly, the only person Correia is prepared to pay is himself. A thirty-day extension is unnecessary to rehash arguments that the defendant has raised previously in seeking bail pending appeal (ECF No. 328), and which the government dismisses (ECF No. 317). In a case where this Court has called Correia's conduct "the most fundamentally corrosive crime a community faces," it's time for Jasiel Correia to pay his debt to society and the citizens of Fall River. Therefore, and for all the foregoing reasons, the government opposes defendant's Motion to Continue Surrender Date (ECF No. 347).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Dustin Chao*
DUSTIN CHAO
DAVID G. TOBIN
Assistant U.S. Attorneys

**Certificate of Service**

I certify that, on November 18, 2021, this document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Dustin Chao*
Dustin Chao

---

and $100 tomahawk steak. The wine list features $60 port wine flights, $75 bottles of syrah, $450 bottles of Cristal. The place also features a members-only cigar bar, the 100 Club, with gold memberships costing $1,000 a year. [Correia's wife] is running an appointment-only jewelry boutique. Her family also owns BarCa, another restaurant on Columbia Street on the upscale side.")