FILED
IN CLERKS OFFICE

2022 MAR 21  PM 12: 02

DISTRICT
OF

Stephen Miller

55 Ocean Spray Avenue

Narragansett, RI 02882

March 11, 2022

Honorable Judge Douglas P. Woodlock

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

Dear Judge Woodlock,

    I am one of Jasiel Correia's victims associated with the SnoOwl App. I stood before you as a witness for the prosecution by the United States. First, I would like to commend you for the professionalism you displayed throughout the trial. As someone who was not only a victim, but also part of the trial. I believe the verdict and sentencing was right and just.

    However, I have recently become appalled by your repeated decisions to grant Jasiel Correia extensions to report to prison. After I was notified that you approved a sixth extension, delaying Jasiel's incarceration date until April 15, 2022 I felt compelled to write you. I could not be more discouraged and disappointed in your decision. These extensions in my opinion are obscenely lenient and a travesty of justice. Every extension granted by Your Honor, are a slap in the face to all the investigators, witnesses, jurors, victims, Fall River Residents, and Federal Prosecutors.

    Jasiel Correia has displayed an arrogant, above-the-law, narcissistic attitude. During the extensions you have granted the convicted felon, he has had the audacity to frequent the 'Hill & Harbor Cigar Lounge' in East Greenwich, RI. While patronizing this establishment, he has been seen enjoying cocktails and smoking cigars while entertaining friends – exhibiting actions similar to those of Mr. Vincent "Buddy" Cianci. I am not the only one who has heard about it his actions while on these extensions; popular radio talk shows in the area have started referring to him as the "Teflon Don" because he can be seen publicly enjoying a lavish life while avoiding prison time similar to the mafia boss John Gotti Jr. Jasiel Correia has continued to make a mockery of the Federal Court System by his arrogance and actions while on these extensions.

    Jasiel has shown no remorse and has made absolutely no effort to pay a dime of restitution to his victims. In learning of his sixth extension, I have to ask myself, am I being victimized for the second time by Your Honor's repeated leniency granted to Jasiel Correia?

The claims that Jasiel is needed at his wife's family's restaurant are bogus. They never needed his help and he never worked there prior to him getting into legal trouble. COVID-19 is under control and Jasiel is a healthy 30 year old – there are no health concerns there. Your Honor, I believe that it is extremely unfair that you allowed another extension. It is time Jasiel reports for his incarceration and serves the time he was sentenced.

I welcome a response to this letter at your earliest convenience to assist me in understanding to the six egregious extensions you have granted Jasiel Correia.

Thank you,

Stephen Miller

Case 1:18-cr-10364-DPW   Document 411   Filed 03/22/22   Page 3 of 3

Stephen Miller
55 Ocean Spray Ave
Narragansett, RI 02882

PROVIDENCE RI   028
17 MAR 2022 PM 4   L

USMS SCREENED

Honorable Judge Douglas. P Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse WAY, Suite 2300
Boston, Massachusetts   02210

02210-300475