UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-10364-DPW |
| ) | |
| (1) JASIEL F. CORREIA II, and ) | |
| (2) GENOVEVA ANDRADE, ) | |
| ) | |
| Defendants ) | |

## GOVERNMENT'S SUBMISSION IN RE MEMORANDUM REGARDING PROTECTIVE ORDER

The United States of America files this submission to clarify that the government's Motion to Lift Protective Order (Dkt. No. 410), dated March 17, 2022, was not filed at the instance of the Massachusetts Cannabis Control Commission ("CCC"). In early November 2021, during preparation for trial in the matter of *United States v. Genoveva Andrade*, the government corresponded with the CCC general counsel after defense counsel for Andrade had subpoenaed CCC records, which included certain records that were subject to the existing protective order applicable to the CCC (Second Amended Protective Order, Dkt. No. 124, the "Protective Order"). During these communications with CCC general counsel, the government learned that the Protective Order had the unintended consequence of preventing the CCC from openly and transparently conducting certain of its regulatory activities in the ordinary course of its business because the CCC had refrained from referencing and/or disclosing certain government reports and information that it had relied upon in making certain statutory and regulatory findings. For example, CCC matters pertaining to certain applicants which would normally have been conducted before the public in accordance with open-meeting laws, would be conducted in closed executive session because of the Protective Order. Because the matter of *Andrade* was still an ongoing trial matter, the government did not seek lifting the Protective Order.

In early March 2022, the government learned that a relative of MJ Vendor #4 (*see* Second Superseding Indt., Dkt. No. 69) could not proceed in applying for a license because the Protective Order barred the CCC from disclosing information publicly that was required as part of the application process.[1]  Since the jury trial for defendant Jasiel Correia concluded in May 2021, and Genoveva Andrade pled guilty and was sentenced on March 7, 2022; and because the need for the CCC to conduct its regulatory business openly and transparently in the normal course outweighed the need to avoid pretrial publicity, the government requested that the Court lift the Protective Order (Dkt. No. 410) after notifying defense counsel for Andrade and Correia that it intended to do so.  Only counsel for Correia opposed the government's motion (Dkt. No. 414).  The government did not contact the CCC prior to filing its motion.

In preparation for the March 25, 2022 hearing scheduled for the Motion to Lift Protective Order (*see* Dkt. Nos. 412, 413), the government contacted CCC general counsel, and confirmed its understanding that the CCC supported the government's Motion to Lift the Protective Order. In addition, the government confirmed with the CCC its understanding that based on the Exception Order and the Memorandum Regarding Protective Order, issued on March 25, 2022, that "[t]he Exception Order was designed to permit disclosure by the government to the [CCC] for use in performing its regulatory duties."  The CCC also recognizes that "if additional disclosures not covered by its directive were thought by the [CCC] to be necessary," it will exercise the option to "seek further direction from this court[,]" and it will do so through a "specific identifiable modification of the Exception Order."

---

[1] Subsequent to the Court's Order (Dkt. No. 416) denying the government's Motion to Lift Protective Order, the CCC informed the government that this statement does not accurately reflect its processes.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Dustin Chao
     DUSTIN CHAO
     DAVID G. TOBIN
     Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I certify that, on March 31, 2022, this document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Dustin Chao
Dustin Chao

3