# Barbara Beatty

| | |
|---|---|
| **From:** | Dawn Shaw <dawnshaw1@cox.net> |
| **Sent:** | Monday, April 4, 2022 1:01 PM |
| **To:** | Barbara Beatty |
| **Subject:** | Feedback |

CAUTION - EXTERNAL:


Hello,

Please pass this on to any & all of the powers- that-be there from just a common woman out here in normal society…

I am absolutely&totally disgusted that Jasiel Correia has gotten a SEVENTH delay on his corruption charges. Can't make this up !!!!

If he was a common thug, would he be granted all these delays?!

He is a "thug", in my opinion …. but he's not common.  He OBVIOUSLY has connections and that's why he gets away with this, I can safely assume.

The law is equal for everyone?! I think not. This case proves it entirely. So disappointing & angering……..

Only the privileged get more privileges ……..

Thank you, in advance, for passing this on,

Dawn Shaw

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.