

# Memorandum

**To:**  The Honorable Douglas P. Woodlock, Senior U.S. District Judge

**From**:  Marlenny Ramdehal, Senior U.S. Probation Officer

**CC**:  AUSA: David G. Tobin, Zachary R. Hafer, Carol E. Head, Dustin Chao, and Mark T. Quinlivan Reddington; and William W. Fick and Daniel N. Marx, ESQ.

**Date**:  January 27, 2022

**Re**:  Jasiel F. Correia, II (Dkt. 1:18-cr-10364-DPW-1)  - Request to Remove GPS Tracker

---

Jasiel Correia is scheduled to self-surrender to the BOP facility, FCI Berlin, located in New Hampshire on January 28, 2022. The Probation Office seeks the Court's approval to remove the GPS tracker from the defendant's leg that morning. If Your Honor concurs with this request, please sign below.

Reviewed /Approved by:

*/s/ Gina Affsa*
Gina Affsa
Supervisory U.S. Probation Officer

Respectfully submitted by:

*/s/ Marlenny Ramdehal*
Marlenny Ramdehal
Senior U.S. Probation Officer

**The Court Orders:**

(x) Mr. Correia may have his GPS transmitter removed in the Probation Office in Massachusetts no later than the morning of April 22, 2022.

( ) Mr. Correia can have his GPS transmitter removed by personnel at FCI Berlin.

( ) Other:

/s/ Douglas P. Woodlock
_____
Honorable Douglas P. Woodlock,
Senior U.S. District Judge

April 20, 2022
_____
Date

1