4/26/2022 WOODLOCK, D.J.
GRANTED.

Douglas P. Woodlock
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASIEL F. CORREIA, II | No. 18-cr-10364-DPW |

### DEFENDANT JASIEL F. CORREIA, II'S ASSENTED-TO MOTION TO RELEASE BOND FUNDS

Defendant Jasiel F. Correia, II, with the assent of the government, requests that the Court order the return of the $25,000 surety that his father posted to secure his release.[1] Mr. Correia reported to the designated Bureau of Prisons facility to begin service of his sentence on April 22, 2022. Mr. Correia requests that the funds be disbursed to Fick & Marx LLP (signed and notarized assignment of bond attached).

Respectfully submitted,

/s/ William W. Fick
Daniel N. Marx
William W. Fick
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

Dated: April 25, 2022

---

[1] Undersigned counsel provided the government with documentation that defendant's father posted the bond using funds drawn from a home equity line of credit on the house owned by defendant's father and mother.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2022.

*/s/ William W. Fick*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Jasiel F. Correia, II

CRIMINAL NO. 18-CR-10364-1

## AFFIDAVIT OF OWNER OF CASH DEPOSIT

I, JASIEL F. CORREIA, on oath say that I reside at 1244 WATKINS ST, FALL RIVER, MA zip code 02720 and that the $ 25,000.00 cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address or other location so designated by me upon exoneration of this bond. I understand that if the defendant violates any of the conditions of release the deposit may be forfeited. A request for return of security should be made in writing after the conclusion of all proceedings. Funds not claimed within five (5) years after the conclusion of the case will be forwarded to the U.S. Treasury.

Sworn to and subscribed before me.

_____
Deputy Clerk

9/9/19
Date

X _____
Signature of Owner of Cash Deposit

*NOTE: Deposit will be in a non-interest bearing account unless otherwise ordered pursuant to Local Rule 67.2(c)

## PROCEDURES FOR RETURN OF CASH DEPOSIT

1. Upon disposition of the case, a motion for release of bail must be filed with the Court. If a cash deposit is to be returned to someone other than the original depositor, the assignment of bail section below must be completed, notarized and included in the motion.

2. A refund in the form of a U.S. Treasury check should be available within five (5) working days after receipt of a Court order directing release of funds. The refund will be mailed via certified mail to the address indicated on the receipt or may be picked up by the owner at the Clerk's Office. Photo identification will be required.

3. Any questions related to the refund of bail may be directed to the Clerk's Financial Office at 617-748-9134.

## ASSIGNMENT OF BAIL

I, Jasiel F. Correia, do hereby assign all my interest and ownership of the above bond to the following person: Fick & Marx LLP

Notary Seal

[Notary seal: CARMEN V FERREIRA, MY COMMISSION EXPIRES JANUARY 27, 2026, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]

_____
Signature of Notary

1244 Watkins Street
Address
Fall River, MA

_____
Signature of Owner of Cash Deposit

4/19/2022
Date