IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

UNITED STATES OF AMERICA,

v.  Case No. 1:18-cr-10364-DPW

JASIEL F. CORREIA, II,
        Defendant.

SUPPLEMENT TO REPLY TO GOVERNMENT'S RESPONSE
TO DEFENDANT'S REDUCTION IN SENTENCE MOTION
PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)
AND USSG 1B1.13(b)(5)

COMES NOW your Defendant, Jasiel F. Correia, II, pro se, and hereby moves this court for entry of an order granting him permission to supplement his reply with the exhibits attached hereto which were obtained from the forensics expert that he retained as set forth in his Reply.

Upon the court's order granting him permission, he respectfully submits the attached exhibits as a supplement to his Reply. He has provided the court an affidavit from his forensics expert in the event that the court determines to decide this matter without an evidentiary hearing.

RESPECTFULLY SUBMITTED ON THIS 14 DAY OF JUNE, 2024.

                                                Jasiel F. Correia, II, pro se
                                                Defendant

Certificate

I hereby certify that a true copy of the foregoing has been mailed to counsel for the government on this __ day of June, 2024.

                                                Jasiel F. Correia, II