# Memorandum

To: The Honorable Allison D. Burroughs, U.S. District Judge

From: Lacey Vicente, U.S. Probation Officer

Date: September 8, 2026

Re: Jasiel Correia (Docket#: 1:1CR10364-01-ADB) Restitution Order/Payment Schedule

---

On September 21, 2021, Mr. Correia appeared for sentencing before The Honorable Douglas P. Woodlock, after being found guilty of three counts of Wire Fraud, in violation of 18 U.S.C. § 1343, four counts of Extortion Conspiracy in violation of 18 U.S.C. § 1951, and four counts of Extortion in violation of 18 U.S.C. § 1951. Mr. Correia was sentenced to 72 months of custody in the Bureau of Prisons, followed by three years of supervised release. The Court ordered Mr. Correia to pay a Special Assessment Fee in the amount of $1,100 which has been paid in full. Restitution in the amount of $310,240 was also imposed, and an outstanding balance remains in the amount of $306,202.44.

This memorandum serves as notification of a fine/restitution payment schedule agreed upon by the Probation Office in accordance with the Administrative Office Monograph 114. It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule. The schedule is based upon the defendant's ability to pay at the time it is formulated.

Periodic reviews of the defendant's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the court will be so advised.

Mr. Correia is employed full-time by Town House Fall River, in Fall River, Massachusetts as a marketing manager. He has agreed to pay $170 a month toward restitution, as he has limited monies after monthly expenditures.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved

/s/ Justin Albergaria
Justin Albergaria
Supervisory U.S. Probation Officer

[✓] The monthly payment of $170 is approved, effective September 2026.

[ ] Other:________________________________________

______________________________
The Honorable Allison D. Burroughs
U.S. District Judge

Date: September 8, 2026